---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

---

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Lucky Dragon Hotel & Casino, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Cha Garden**<br>**DBA  Pearl Ocean**<br>**DBA  Center Bar**<br>**DBA  VIP Bar LDHC** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-2301808** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**300 W. Sahara Avenue**<br>**Las Vegas, NV 89102**<br>Number, Street, City, State & ZIP Code<br><br>**Clark**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**300 W. Sahara Avenue Las Vegas, NV 89102**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor   **Lucky Dragon Hotel & Casino, LLC**                                    Case number (*if known*) _____
         Name

---

**7.**  **Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

---

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

    **Where is the property?** _____
                Number, Street, City, State & ZIP Code

    **Is the property insured?**

- ☐ No
- ☐ Yes.    Insurance agency _____
              Contact name _____
              Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 16, 2018**
MM / DD / YYYY

**X** **/s/ Andrew S. Fonfa**                          **Andrew S. Fonfa**
Signature of authorized representative of debtor        Printed name

Title    **Managing Member of Eastern Investments, LLC**

---

**18. Signature of attorney**

**X** **/s/ Samuel A. Schwartz. Esq.**        Date    **February 16, 2018**
Signature of attorney for debtor                        MM / DD / YYYY

**Samuel A. Schwartz. Esq. 10985**
Printed name

**Schwartz Flansburg PLLC**
Firm name

**6623 Las Vegas Blvd. South, Suite 300**
**Las Vegas, NV 89119**
Number, Street, City, State & ZIP Code

Contact phone    **(702) 385-5544**        Email address    **sam@nvfirm.com**

**10985 NV**
Bar number and State

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Lucky Dragon Hotel & Casino, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AGILYSYS NV, LLC.** **1858 Payshpere Circle** **Chicago, IL 60674** | | **Business Debt** | | | | **$43,931.45** |
| **ALLURE HOA** **200 W SAHARA AVE** **LAS VEGAS, NV 89102** | | **Business Debt** | | | | **$50,000.00** |
| **AMERASIAN CUISINE, LLC** **145 Valle Vista, Ste. K** **Vallejo, CA 94590** | | **Food & Beverage** | | | | **$68,210.02** |
| **APEX LINEN SERVICE INC** **6375 S ARVILLE #10** **LAS VEGAS, NV 89118** | | **Business Debt** | | | | **$37,676.79** |
| **ARISTOCRAT** **DEPT 849540** **LOS ANGELES, CA 90084-9540** | | **Business Debt** | | | | **$46,980.91** |
| **BALLY GAMING INC** **LOCKBOX 749335** **LOS ANGELES, CA 90074-9335** | | **Business Debt** | | | | **$101,364.84** |
| **CENTURYLINK** **P.O. Box 4300** **Carol Stream, IL 90197** | | **Utilities** | | | | **$752,454.91** |
| **CLARK COUNTY TREASURER** **500 S GRAND CENTRAL PKWY 32** **LAS VEGAS, NV 89155** | | **Taxes** | | | | **$143,972.72** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor  **Lucky Dragon Hotel & Casino, LLC**                     Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CLEAR CHANNEL OUTDOOR INC PO BOX 742025 LOS ANGELES, CA 90074-2025 | | Business Debt | | | | $28,717.52 |
| CYXTERA 13322 COLLECTION CENTER DR CHICAGO, IL 60693-0133 | | Business Debt | | | | $27,425.25 |
| ERNST & YOUNG PO BOX 846793 LOS ANGELES, CA 90084-6793 | | Consultant | | | | $45,000.00 |
| EVERI PAYMENTS INC PO BOX 206036 DALLAS, TX 75320-6036 | | Business Debt | | | | $189,115.63 |
| GAMING PARTNERS INTERNATIONAL 3945 WEST CHEYENNE AVE NORTH LAS VEGAS, NV 89032 | | Business Debt | | | | $87,938.69 |
| INTERNATIONAL GAMING TECHNOLOG 9295 PROTOTYPE DRIVE RENO, NV 89521 | | Business Debt | | | | $544,444.36 |
| KWONG YET LUNG CO 5000 S. DECATUR BLVD LAS VEGAS, NV 89118 | | Business Debt | | | | $25,836.74 |
| SOTHYS USA INC 1500 NW 94TH AVENUE MIAMI, FL 33172 | | Business Debt | | | | $68,404.38 |
| SUNFOOD MARKET LLC 8715 LINDELL ROAD SUITE 150 LAS VEGAS, NV 89139 | | Food & Beverage | | | | $23,947.14 |
| SURVEILLANCE SYSTEMS 4465 GRANITE DR # 700 ROCKLIN, CA 95677 | | Security | | | | $119,703.06 |

Official form 204              Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims              page 2

Debtor  **Lucky Dragon Hotel & Casino, LLC**         Case number *(if known)*
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **SYSCO-NEWPORT MEAT OF NV 5420 S VALLEY VIEW BLVD LAS VEGAS, NV 89118** | | **Food & Beverage** | | | | **$33,307.55** |
| **US FOODS INC PO BOX 101076 PASADENA, CA 91189** | | **Food & Beverage** | | | | **$38,779.08** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Lucky Dragon Hotel & Casino, LLC
300 W. Sahara Avenue
Las Vegas, NV 89102

Samuel A. Schwartz. Esq.
Schwartz Flansburg PLLC
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, NV 89119

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

Clark County Assessor
c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Box 551401
Las Vegas, NV 89155-1401

Clark County Treasurer
c/o Bankruptcy Clerk
500 S Grand Central Parkway
PO Box 551220
Las Vegas, NV 89155-1220

Dept of Employment, Training and Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Nevada Dept of Taxation, BK Section
555 E. Washington Ave. #1300
Las Vegas, NV 89101

State of Nevada Dept. of Motor Vehicles
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

AAF FLANDERS
24828 NETWORK PL
CHICAGO, IL 60673

AGILYSYS NV, LLC.
1858 Paysphere Circle
Chicago, IL 60674

AGS
5475 S. Decatur Blvd., Suite 100
Las Vegas, NV 89118

Ainsworth Game Technology, Ltd
5800 Rafael Rivera Way
Las Vegas, NV 89118

ALLURE HOA
200 W SAHARA AVE
LAS VEGAS, NV 89102

ALWAYS CREATIVE INC
10170 W TROPICANA # 156-201
LAS VEGAS, NV 89147

AMADEUS HOSPITALITY AMERICAS
14000 SW 119TH AVE
MIAMI, FL 33186

AMAZON
PO Box 81226
Seattle, WA 98108-1226

AMERASIAN CUISINE, LLC
145 Valle Vista, Ste. K
Vallejo, CA 94590

AMERICAN HOTEL REGISTER CO.
PO BOX 206720
DALLAS HILLS, TX 75320-6720

AMERICAN PRINTING
1512 Fremont Street
Las Vegas, NV 89101

AMERICAN TOXICOLOGY INC
3340 SUNRISE AVE STE 105
LAS VEGAS, NV 89101

APEX LINEN SERVICE INC
6375 S ARVILLE #10
LAS VEGAS, NV 89118

ARISTOCRAT
DEPT 849540
LOS ANGELES, CA 90084-9540

Aristocrat Technologies, Inc.
7230 Amigo Street
Las Vegas, NV 89119

Assured Document Destruction
8050 Arville Street, Suite 105
Las Vegas, NV 89139

BALLY GAMING INC
LOCKBOX 749335
LOS ANGELES, CA 90074-9335

BENEFIT ADMIN SRV INT CORP
2980 N CAMPBELL AVE STE 140
TUCSON, AZ 85719

BOOKING.COM
PO BOX 414462
BOSTON, MA 02241-4462

BrightView Lanscape Services, Inc
4021 W Carey Avenue
North Las Vegas, NV 89032

BROADCAST MUSIC INC
PO BOX 630893
CINCINNATI, OH 45263-0893

BROWNSTEIN HYATT FARBER SCHREC
100 North City Parkway
Las Vegas, NV 89106

CARL'S DONUTS INC
6350 SUNSET CORPORATE DRIVE
LAS VEGAS, NV 89120

CASSANDRA CHEUNG
PO BOX 80724
LAS VEGAS, NV 89180

CENTRAL CREDIT
PO BOX 60028
CITY OF INDUSTRY, CA 91716-0028

CENTURYLINK
Acct No Multiple Accounts
P.O. Box 4300
Carol Stream, IL 90197

Centurylink
5454 W. 110th Street
Overland Park, KS 66210

CHRYSLER CAPITAL
8585 N STEMMONS FWY
DALLASA, TX 75247

CHUNG CHOU CITY LV INC
4049 SPRING MOUNTAIN ROAD
LAS VEGAS, NV 89102

CLARK COUNTY DEPT  OF AVIATION
FINANCE DIVISION
LAS VEGAS, NV 89111-1005

CLARK COUNTY TREASURER
500 S GRAND CENTRAL PKWY 32
LAS VEGAS, NV 89155

CLEAN THE WORLD
PO BOX 533838
ORLANDO, FL 32853

CLEAR CHANNEL OUTDOOR INC
PO BOX 742025
LOS ANGELES, CA 90074-2025

Climatec
770 Pilot Road, Suite 1
Las Vegas, NV 89119

CLIMATEC LLC
770 PILOT ROAD
LAS VEGAS, NV 89119

CNA Surety
333 South Wabash
Chicago, IL 60604

Comb Brothers
5821 West Verde Way
Las Vegas, NV 89130

CONCENTRA
PO BOX 9010
BROOMFIELD, CO 80021-9010

CREATIVE CANDLE LIGHTING OF LV
3555 S. HIGHLAND DR SUITE 10
LAS VEGAS, NV 89103

Creative Manager, Inc.
721 Auth Avenue
Oakhurst, NJ 07755

CREATIVE PRINTING INC
6415 KARMS PARK COURT
LAS VEGAS, NV 89118

CUMMINS ALLISON CORP
PO BOX 339
MT PROSPECT, IL 60056

CUSTOM STORAGE INC
PO BOX 843838
DALLAS, TX 75284-3838

CYXTERA
13322 COLLECTION CENTER DR
CHICAGO, IL 60693-0133

DAVID FILTER
4171 S MARYLAND PKWY
LAS VEGAS, NV 89119

DC HOST SERVICES LLC
4443 COLLINGWOOD STREET
LAS VEGAS, NV 89147

DEQ Systems Corp
735 Bermuda Road, Suite G
Las Vegas, NV 89119

Desert Fire Protection, L.P.
5040 Sobb Avenue
Las Vegas, NV 89118

Diamond Mountain Distributors
7440 Commercial Way
Henderson, NV 89011

DS SERVICES OF AMERICA INC
PO BOX 660579
DALLAS, TX 75266-0579

DUVOICE
608 STATE ST S #100
KIRKLAND, WA 98033

EARTH COLOR HOUSTON INC
7021 PORTWEST SUITE 190
HOUSTON, TX 77024

EATON CORPORATION
PO BOX 93531
CHICAGO, IL 60673

ECOLAB FOOD SAFETY
SPECIALTIES INC
FORT WORTH, TX 76118

Ecolab Inc.
c/o The Corporation Trust Company of NV
Registered Agent
701 S. Carson Street, Suite 200
Carson City, NV 89701

ECOLAB PEST ELIMINATION
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

El Dos De Oros Bar & Nightclub
3702 Fisher Avenue
North Las Vegas, NV 89031

ELAN OFFICE SYSTEMS
4675 W TECO AVE
LAS VEGAS, NV 89118

EMPLOYERS UNITY LLC
PO BO 173836
DENVER, CO 80217-3836

ENTERTAINMENT BENEFITS GROUP
19495 BISCAYNE BLVD SUITE 300
AVENTURA, FL 33180

ERNST & YOUNG
PO BOX 846793
LOS ANGELES, CA 90084-6793

ERNST & YOUNG LLP
3800 HOWARD HUGHES PKWY, STE 1450
Las Vegas, NV 89169

EVER BLUE OCEAN LLC
5600 SPRING MOUNTAIN RD #F
LAS VEGAS, NV 89146

Everi
7250 S Tenaya Way, Ste 100
Las Vegas, NV 89113

EVERI PAYMENTS INC
PO BOX 206036
DALLAS, TX 75320-6036

Expedia, Inc
333 108th Ave NE
Bellevue, WA 98004

EXPERIAN
PO BOX 881971
LOS ANGELES, CA 90088-1971

FED EX
PO BOX 7221
PASADENA, CA 91109-7321

FIRST CLASS VENDING INC
6875 SUVA STREET
BELL GARDENS, CA 90201

FISHER PHILLIPS
300 S FOURTH STREET SUITE 1500
LAS VEGAS, NV 89101

Food Pantry, Ltd. dba Accents
3536 Harding Avenue
Honolulu, HI 96816

FREDI & SONS INC
1 VITALE LANE
FOOTHILL RANCH, CA 92610

FREEDOM MEATS
2955 WESTWOOD DRIVE
LAS VEGAS, NV 89109

G2 GRAPHIC SERVICE
5510 CLEON AVENUE
NORTH HOLLYWOOD, CA 91601

GAMING PARTNERS INTERNATIONAL
3945 WEST CHEYENNE AVE
NORTH LAS VEGAS, NV 89032

Garda CL West, Inc.
1685 Palm Street
Las Vegas, NV 89104

GET FRESH SALES INC
6745 S ESCONDIDO ST
LAS VEGAS, NV 89119

GILLS PRINTING & COLOR GRAPHIC
PO BOX 97598
LAS VEGAS, NV 89193-7598

GREAT BUNS BAKERY
3270 E. TROPICANA
LAS VEGAS, NV 89121

HD SUPPLY FACILITIES MAINT.LTC
4825 E CHEYENNE AVENUE
LAS VEGAS, NV 89115

HELEN QUAN
8141 BAY HARBOR DR
LAS VEGAS, NV 89128

HTA PLUMBING & MECHANICAL
2049 PABCO ROAD
HENDERSON, NV 89011

IGT
9295 Prototype Drive
Reno, NV 89521

INNSIGHT REPORTS, LLC
11828 LA GRANGE AVE
LOS ANGELES, CA 90025

INTERBLOCK USA LC
PO BOX 844902
LOS ANGELES, CA 90084-4902

INTERFLEX PAYMENT LLC
2508 HIGHLANDER WAY SUITE 200
CARROLLTON, TX 75006

INTERIOR FASHIONS LLC
3250 SIRIUS AVE SUITE FRONT
LAS VEGAS, NV 89102

INTERNATIONAL GAMING TECHNOLOG
9295 PROTOTYPE DRIVE
RENO, NV 89521

INTERSTATE HOTEL INSTALLATION
1550 HELM DR SUITE 140
LAS VEGAS, NV 89119

JACKSON LEWIS P.C.
P.O.BOX 416019
BOSTON, MA 02241-6019

JAK ENTERPRISES INC
4248 W RENO AVE
LAS VEGAS, NV 89118

JAYRALD SUMALINOG ADOL
6649 Topley Pike Avenue
Las Vegas, NV 89139

JCM GLOBAL
925 PILOT ROAD
LAS VEGAS, NV 89119

JFC INTERNATIONAL
7101 E SLAUSON AVE
LOS ANGELES, CA

JOHNSON BUSINESS MACHINES INC
3150 S PROCYON STREET
LAS VEGAS, NV 89102

KA HONG AU YEUNG
5F NO2 ALY 3 LN 59 SEC 1
TAIPEI CITY 116 TAIWAN ROC

KAESER & BLAIR INC
4236 GRISSOM DR
BATAVIA, OH 45103

KINGFISHER TRADING CO INC
9320 MABEL AVE
SOUTH EL MONTE, CA 91733

Kre-8 Media, LLC
4050 W. Harmon Avenue, Suite 1-2
Goldfield, NV 89013

```
KWONG YET LUNG CO
5000 S. DECATUR BLVD
LAS VEGAS, NV 89118

LA SPECIALTY
PO BOX 2293
SANTA FE SPRINGS, CA 90670

Las Vegas Chinese News Network
3552 Wynn Road
Las Vegas, NV 89103

LAS VEGAS MUTUAL TRADING
2955 LINCOLN RD
LAS VEGAS, NV 89002

Las Vegas Valley Water District
Acct No x535-4
1001 S. Valley View Blvd.
Las Vegas, NV 89153

LAWSON PRODUCTS
PO BOX 809401
CHICAGO, IL 60680

LAWYER MECHANICAL SERVICES INC
3036 S VALLEY VIEW BLVD
LAS VEGAS, NV 89102

LESLIE'S POOLMART INC
6470 BOULDER HWY STE B
LAS VEGAS, NV 89122

Lucky Dragon LP
300 W. Sahara Avenue
Las Vegas, NV 89102

Lucky Dragon, LP
200 W. Sahara Avenue, Suite 4001
Las Vegas, NV 89102

MAGIC GOURMET TRADING INC
375 ADRIAN ROAD
MILLBRAE, CA 94030

MAJESTIC MIRROR & FRAME
745 NW 79 STREET
MIAMI, FL 33166

MING WEI YANG
5225 4000 NO 3 ROAD
RICHMOND BC V6X0J8
```

NATIONAL CRED-A-CHK INC
2240 SUNSET BLVD
SAN DIEGO, CA 92103

NEDCO SUPPLY
4200 WEST SPRING MOUNTAIN RD
LAS VEGAS, NV 89102

NV Energy
Acct No 3868
P.O. Box 30086
Reno, NV 89520-3086

ODS CHAUFFEURED TRANSPORTATION
4675 WYNN ROAD
LAS VEGAS, NV 89103

OFFICE DEPOT
PO BOX 70025
LOS ANGELES, CA 90074

OPEN TABLE
PO BOX 8395
PASADENA, CA 91109-8395

ORION CHANDELIER INC
2202 SOUTH WRIGHT STREET
SANTA ANA, CA 92705

P&R PAPER SUPPLY COMPANY INC
1898 EAST COLTON AVE
REDLANDS, CA 92373

Pacific Showcase
4555 Procyon Street
Las Vegas, NV 89103

Paycom Payroll, LLC
7501 W. Memorial Road
Oklahoma City, OK 73142

PCA
108 West 2nd Street, Suite 108
Los Angeles, CA 90012

PCNA CONSULTING GROUP INC
7935 BADURA AVE SUITE 1045
LAS VEGAS, NV 89113

PDS Gaming Corporation
6280 Annie Oakley Drive
Las Vegas, NV 89120-3910

PITNEY BOWES GLOBAL FIN SRVC
PO BOX 371887
PITTSBURGH, PA 15250-7887

PREDICTIVE LEADERSHIP SOLUTION
PO BOX 93983
LAS VEGAS, NV 89195-0013

Quality One Pool Management
3217 W. Tomkins Avenue
Las Vegas, NV 89103

RED BULL
PO BOX 204750
DALLAS, TX 75320

RENU OIL OF AMERICA INC
PO BOX 93453
LAS VEGAS, NV 89193

Republic Services
Acct No 0400
PO Box 98508
Las Vegas, NV 89193-8508

REYES COCA-COLA BOTTLING LLC
PO BOX 740214
LOS ANGELES, CA 90074-0214

RSVP PARTY RENTALS
445 S. VALLEY VIEW SUITE 7
LAS VEGAS, NV 89103

SAFLOK
PO BOX 890247
CHARLOTTE, NC 28289-0247

Sahara West Executive Park
3100 W. Sahara, Suite 112
Las Vegas, NV 89102

Sahara West Executive Park
3100 W. Sahara, Suite No. 112
Las Vegas, NV 89102

SAHARA WEST EXECUTIVE PARK LLC
3100 W SAHARA AVE
LAS VEGAS, NV 89102

SANTA MONICA SEAFOOD
18531 S BROADWICK ST
RANCHO DOMINGUEZ, CA 90220

SCREAMING IMAGES LLC
6975 S DECATUR BLVD #130
LAS VEGAS, NV 89118

SECTRAN SECURITY INC
PO BOX 227267
LOS ANGELES, CA 90022-0967

SESAC
PO BOX 900013
RALEIGH, NC 27675-9013

SIMMONS GROUP NEVADA, LLC
6841 S EASTERN AVE, STE 103
LAS VEGAS, NV 89119

Snow Covered Capital, LLC
1555 Pacific Ave
San Francisco, CA 94109

Snow Covered Capital, LLC
P.O. Box 472218
San Francisco, CA 94147

SNYDERS BEVERAGE
PO BOX 98294
LAS VEGAS, NV 89193-8294

SOHO MYRIAD INC
1250 MENLO DRIVE NW SUITE C
ATLANTA, GA 30318

SOTHYS USA INC
1500 NW 94TH AVENUE
MIAMI, FL 33172

SOUTH CENTRAL COMM. CORP
PO BOX 633497
CINCINNATI, OH 45263-3497

SOUTHERN NEVADA ENVIRONMENTAL
SERVICES INC
LAS VEGAS, NV 89102

SOUTHERN NEVADA HEALTH DIST
PO BOX 845688
LOS ANGELES, CA 90084-5688

SOUTHWEST GAS
Acct No xxxx xxx 5133
PO BOX 98890
LAS VEGAS, NV 89193-8890

STATE RESTAURANT EQUIPMENT CO
3163 S HIGHLAND
LAS VEGAS, NV 89109

STEP SAVER INC
1901 WEST 2425 SOUTH
WOODS CROSS, UT 84087

SUNFOOD MARKET LLC
8715 LINDELL ROAD SUITE 150
LAS VEGAS, NV 89139

SUNSHINE PUBLISHING INC
4215 SPRING MOUNTAIN RD
LAS VEGAS, NV 89102

SURVEILLANCE SYSTEMS
4465 GRANITE DR # 700
ROCKLIN, CA 95677

SYSCO-NEWPORT MEAT OF NV
5420 S VALLEY VIEW BLVD
LAS VEGAS, NV 89118

TANGERINE GLOBAL
2665 PARK CENTER DRIVE UNIT B
Simi Valley, CA 93065

TAWA NEVADA INC
6281 REGIO AVE
BUENA PARK, CA 90620

TCS JOHN HUXLEY AMERICA INC
6171 MCLEOD DR STE M
LAS VEGAS, NV 89120-4409

TECH ART INC
4185 W TECO AVE
LAS VEGAS, NV 89118

TEKVISIONS INC
40970 ANZA ROAD
TEMECULA, CA 92592

THE BUREAU OF NATIONAL AFFAIRS
PO BOX 17009
BALTIMORE, MD 21297-1009

THE RAINMAKER
4550 NORTH POINT PARKWAY #400
ALPHARETTA, GA 30022

The Rainmaker Group Las Vegas, LLC
4550 North Point Parkway, Suite 400
Alpharetta, GA 30022

THE STANDARD
PO Box 5203
Portland, OR 97208-9981

THE WASSERSTROM COMPANY
477 S. FONT ST
COLUMBUS, OH 43215

ULINE INC
PO BOX 88741
CHICAGO, IL 60680

US FOODS INC
PO BOX 101076
PASADENA, CA 91189

VERIZON
PO BOX 660108
DALLAS, TX 75266-0108

VSR INDUSTRIES INV
6190 MOUNTAIN VISTA STREET
HENDERSON, NV 89014

WAXIE SANITARY SUPPLY
PO BOX 60227
LOS ANGELES, CA 90060

WESSCO INTERNATIONAL
11400 OLYMPIC BLVD SUITE 450
LOS ANGELES, CA 90064

WESTERN STATES FIRE PROTECTION
3130 WESTWOOD DRIVE
LAS VEGAS, NV 89109

WESTERN SURETY COMPANY
P.O. BOX 957312
ST. LOUIS, MO 63195

WHITLEY INTERNATIONAL CO
1111 CORPORATE CENTER DR #301
MONTEREY PARK, CA 91754

WORLD JOURNAL LA LLC
1588 CORPORATE CENTER DRIVE
MONTEREY PARK, CA 91754

WORLD VARIETY PRODUCE
PO BOX 514599
LOS ANGELES, CA 90051

WW GRAINGER INC
2401 WESTERN AVE
LAS VEGAS, NV 89102

YOUNG ELECTRIC SIGN COMPANY
5119 S CAMERON ST
LAS VEGAS, NV 89118

# United States Bankruptcy Court
### District of Nevada

In re  __Lucky Dragon Hotel & Casino, LLC__                          Case No.  _____
                                    Debtor(s)        Chapter     __11_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Lucky Dragon Hotel & Casino, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__February 16, 2018__                              __/s/ Samuel A. Schwartz. Esq.__
Date                                               **Samuel A. Schwartz. Esq. 10985**
                                                   Signature of Attorney or Litigant
                                                   Counsel for   __Lucky Dragon Hotel & Casino, LLC__
                                                   **Schwartz Flansburg PLLC**
                                                   **6623 Las Vegas Blvd. South, Suite 300**
                                                   **Las Vegas, NV 89119**
                                                   **(702) 385-5544 Fax:(702) 385-2741**
                                                   **sam@nvfirm.com**