# EXHIBIT A

Case 18-10792-mkn    Doc 6-1    Entered 02/16/18 12:00:17    Page 1 of 2

## **EXHIBIT A**

1. Bank of Nevada– General Account Number: xxxx7300

2. Bank of Nevada– Disbursement Account Number: xxxx7391

3. Bank of Nevada – Merchant Account Number:  xxxx1719

4. Bank of Nevada – Wire Account Number: xxxx2438

5. Bank of Nevada – Cage Account Number:  xxxx7334

4821-6560-8795, v. 2