# EXHIBIT B

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
Connor H. Shea, Esq.
Nevada Bar No. 14616
Schwartz Flansburg PLLC
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
*Proposed Attorneys for the Debtor*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | Case No.: 18-10792 |
| | ) | |
| Lucky Dragon Hotel & Casino, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Hearing Date: |
| | ) | Hearing Time: |

# ORDER AUTHORIZING MAINTENANCE OF EXISTING
## BANK ACCOUNTS AND GRANTING RELATED RELIEF

Upon the motion (the "**Motion**")[1] of Lucky Dragon Hotel & Casino, LLC (the "**Debtor**")

for entry of an order authorizing maintenance of existing bank accounts; and upon the record of

the hearing held on the Motion; and the Court having determined that the relief requested in the

Motion is in the best interests of the Debtor, its estate, its creditors, and other parties-in interest

and it appearing this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b); and it

appearing that this Court has jurisdiction over the subject matter of the Motion pursuant to 28

---

[1]      Any capitalized term not expressly defined herein shall have the meaning ascribed to that term in the Motion.

1

U.S.C. § 1334; and it appearing that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given under the particular circumstances and that no other or further notice is necessary; and after due deliberation thereon, and good and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Debtor is authorized to maintain the existing bank accounts listed on **Schedule 1**, attached hereto (the "**Bank Accounts**"); and it is further

**ORDERED** that the Debtor's existing Bank Accounts shall be designated as debtor-in-possession accounts; and it is further

**ORDERED** that the banks at which the Bank Accounts are maintained (the "**Banks**") is authorized and directed to accept and process deposits into the Debtor's accounts, in whatever form received, and to process, honor and pay any and all checks drafts, automated clearing house transfers, and other electronic funds transfers (including the funding of direct deposits to employee accounts) drawn or ordered on the Bank Accounts after the Petition Date by the Debtor until the transfer of the Debtor's funds to the New Accounts; and it is further

**ORDERED** that, except for those checks, drafts, automated clearing house transfers, or other electronic funds transfers that must be honored and paid in order to comply with any order(s) of this Court authorizing payment of certain pre-petition claims, no checks, drafts, automated clearing house transfers, or other electronic funds transfers ordered on the Bank Account prior to the Petition Date but presented for payment after the Petition Date shall be honored or paid; and it is further

**ORDERED** that the Banks at which the Bank Accounts are maintained is prohibited from honoring automatic withdrawals from the Debtor's secured creditors; and it is further

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

**ORDERED** that the Debtor and the Banks are hereby authorized to continue to perform pursuant to the terms of any pre-petition agreements that may exist between them, except and to the extent otherwise directed by the terms of this Order. The parties to such agreements shall continue to enjoy the rights and remedies afforded them under such agreements, except to the extent modified by the terms of this Order or by operation of the Bankruptcy Code; and it is further

**ORDERED** that as provided by Fed. R. Bankr. P. 7062, this Order shall be effective and enforceable immediately upon entry.

Submitted by:

SCHWARTZ FLANSBURG PLLC

By: /s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq., NBN 10985
Bryan A. Lindsey, Esq., NBN 10662
Connor H. Shea, Esq., NBN 14616
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, NV 89119
*Proposed Attorneys for the Debtor*

3

## <u>Schedule 1</u>

**1.** Bank of Nevada– General Account Number: xxxx7300

**2.** Bank of Nevada– Disbursement Account Number: xxxx7391

**3.** Bank of Nevada – Merchant Account Number:  xxxx1719

**4.** Bank of Nevada – Wire Account Number: xxxx2438

**5.** Bank of Nevada – Cage Account Number:  xxxx7334

4815-7866-8379, v. 1

**SUBMISSION TO COUNSEL FOR APPROVAL PURSUANT TO LR 9021**

In accordance with LR 9021, counsel submitting tits document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The court has waived the requirement set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

_____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of this order.

APPROVED:

DISAPPROVED:

FAILED TO RESPOND:

Submitted by:

SCHWARTZ FLANSBURG PLLC

By: /s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq., NBN 10985
Bryan A. Lindsey, Esq., NBN 10662
Connor H. Shea, Esq., NBN 14616
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, NV 89119
*Proposed Attorneys for the Debtor*

# # #

4815-7866-8379, v. 1