E-filed: February 16, 2018

Bob L. Olson (NV Bar No. 3783)
Nathan G. Kanute (NV Bar No. 12413)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bolson@swlaw.com
　　　　nkanute@swlaw.com
*Attorneys for Snow Covered Capital, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>LUCKY DRAGON HOTEL & CASINO, LLC<br><br>　　　　　　Debtor. | Case No. 18-10792-<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

SNOW COVERED CAPITAL, LLC, by and through its undersigned counsel:

　　　　Bob L. Olson, Esq.
　　　　Nathan G. Kanute, Esq.
　　　　SNELL & WILMER L.L.P.
　　　　3883 Howard Hughes Parkway, Suite 1100
　　　　Las Vegas, NV 89169

hereby formally appears and requests that all notices, demand for notices, and copies of any and all filings and/or hearings in either the above-captioned proceeding or in any contested matter or adversary proceeding therein or related thereto be provided to Snell & Wilmer L.L.P. at the

///
///
///
///
///
///
///
///

4836-2664-5597

address listed above; that this request shall remain a continuing request; and that Snell & Wilmer L.L.P. be added to the master mailing matrix.

DATED this 16th day of February 2018.

                                        SNELL & WILMER L.L.P.

By:    /s/ Bob L. Olson
      Bob L. Olson (NV Bar No. 3783)
      3883 Howard Hughes Parkway, Suite 1100
      Las Vegas, NV 89169
      Telephone: (702) 784-5200
      Facsimile:  (702) 784-5252
      *Attorneys for Western Alliance Bank*

**Snell & Wilmer**
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

- 2 -

4836-2664-5597