# EXHIBIT A

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
Connor H. Shea, Esq.
Nevada Bar No. 14616
Schwartz Flansburg PLLC
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
*Proposed Attorneys for the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | ) Case No.: 18-10792-LED |
| | ) |
| Lucky Dragon Hotel & Casino, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) Hearing date: |
| | ) Hearing time: |

**ORDER GRANTING DEBTOR'S MOTION FOR THE ENTRY**
**OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 363(b), 1107(a) AND**
**1108 AUTHORIZING, BUT NOT DIRECTING, THE DEBTOR TO HONOR**
**PREPETITION OBLIGATIONS AND MAINTAIN CUSTOMER PROGRAMS**

Upon the motion (the "**Motion**")[1] of the above-captioned debtor and debtor-in-possession, (collectively, the "**Debtor**") for the entry of an order authorizing, but not directing, the Debtor to honor certain prepetition obligations and maintain its Customer Programs

---

[1]    Capitalized terms not otherwise defined herein shall have those meanings ascribed to them in the Motion.

1

4814-6414-9338, v. 1

pursuant to sections 105(a), 363(b), 1107(a) and 1108 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.* (as amended, the "**Bankruptcy Code**"); and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtor, its creditors and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that the Debtor is authorized, but not directed, in its business judgment to honor certain prepetition obligations and maintain its Customer Programs; and

**IT IS FURTHER ORDERED** that the Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this order in accordance with the Motion; and

**IT IS FURTHER ORDERED** that the terms and conditions of this order shall be immediately effective and enforceable upon its entry; and

///

///

///

///

2

4814-6414-9338, v. 1

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Submitted by:

Schwartz Flansburg PLLC

By: /s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq., NBN 10985
Bryan A. Lindsey, Esq., NBN 10662
Connor H. Shea, Esq., NBN 14616
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, NV 89119
*Proposed Attorneys for the Debtor*

3

4814-6414-9338, v. 1

**SUBMISSION TO COUNSEL FOR APPROVAL PURSUANT TO LR 9021**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_ The court has waived the requirement set forth in LR 9021(b)(1).

\_\_\_ No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

\_\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of this order.

APPROVED:

DISAPPROVED:

FAILED TO RESPOND:

Submitted by:

Schwartz Flansburg PLLC

By: /s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq., NBN 10985
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, NV 89119
*Proposed Attorneys for the Debtor*

# # #

4

4814-6414-9338, v. 1