**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)*   **18-10792-LED**          Chapter   **11**

■ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Lucky Dragon Hotel & Casino, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Cha Garden**<br>**DBA  Pearl Ocean**<br>**DBA  Center Bar**<br>**DBA  VIP Bar LDHC** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **81-2301808** |

4. **Debtor's address**

**Principal place of business**

**300 W. Sahara Avenue**
**Las Vegas, NV 89102**
Number, Street, City, State & ZIP Code

**Clark**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
**300 W. Sahara Avenue Las Vegas, NV 89102**
Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

Debtor    **Lucky Dragon Hotel & Casino, LLC**                              Case number (*if known*)  **18-10792-LED**
_____
Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **Lucky Dragon Hotel & Casino, LLC**                    Case number (*if known*) **18-10792-LED**
_____
Name

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

■    **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Lucky Dragon Hotel & Casino, LLC**                                    Case number (*if known*)    **18-10792-LED**
          Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 28, 2018**
               MM / DD / YYYY

**X** **/s/ Andrew S. Fonfa**                                    **Andrew S. Fonfa**
Signature of authorized representative of debtor                Printed name

Title    **Managing Member of Eastern Investments, LLC**

**18. Signature of attorney**

**X** **/s/ Samuel A. Schwartz. Esq.**                          Date    **February 28, 2018**
Signature of attorney for debtor                                       MM / DD / YYYY

**Samuel A. Schwartz. Esq. 10985**
Printed name

**Schwartz Flansburg PLLC**
Firm name

**6623 Las Vegas Blvd. South, Suite 300**
**Las Vegas, NV 89119**
Number, Street, City, State & ZIP Code

Contact phone    **(702) 385-5544**         Email address    **sam@nvfirm.com**

**10985 NV**
Bar number and State

## ACTION BY WRITTEN CONSENT OF THE SOLE MEMBER OF
## LUCKY DRAGON HOTEL & CASINO, LLC

The undersigned, constituting the managing member and sole member (the "**Member**") of Lucky Dragon Hotel & Casino, LLC, a Nevada limited-liability company (the "**Company**"), hereby consents to and takes the following actions:

> RESOLVED that the Member of the Company hereby authorizes, directs and empowers Andrew Fonfa, to act for and on behalf of the Company, to execute and deliver all documents necessary or appropriate, and to take all such other actions deemed necessary or appropriate to effectuate the Chapter 11 bankruptcy filing of the Company; and

> IT IS HEREBY FURTHER RESOLVED that Andrew Fonfa, is authorized and directed to take such further actions as may be necessary or appropriate to carry out the resolutions and directives identified herein, including the retention of Schwartz Flansburg PLLC as the Company's bankruptcy counsel, and any other professionals the Member may deem necessary or appropriate in connection with the bankruptcy case; and

> IT IS HEREBY FURTHER RESOLVED that any and all actions previously done by Andrew Fonfa in connection with the subject matter of these resolutions are hereby approved, ratified and confirmed in all respects.

IN WITNESS WHEREOF, the Member of Lucky Dragon Hotel & Casino, LLC, does hereby execute this Action by Unanimous Written Consent as of the date indicated below.

**SOLE MEMBER:**

LAS VEGAS ECONOMIC IMPACT REGIONAL CENTER, LLC
a Nevada limited liability company

By:  Bofu, LLC,
     a Nevada limited liability company,
     its Manager

    By:  Weidner Management, LLC, a
         Nevada limited liability company,
         its Manager

        By:  _____
              James Weidner, Manager

        Date:  1/31/18

By:  Eastern Investments, LLC,

a Nevada limited liability company,
its Manager

By:  _____
     Andrew Fonfa, Manager

Date:  _____

## ACTION BY WRITTEN CONSENT OF THE SOLE MEMBER OF
## LUCKY DRAGON HOTEL & CASINO, LLC

The undersigned, constituting the managing member and sole member (the "**Member**") of Lucky Dragon Hotel & Casino, LLC, a Nevada limited-liability company (the "**Company**"), hereby consents to and takes the following actions:

RESOLVED that the Member of the Company hereby authorizes, directs and empowers Andrew Fonfa, to act for and on behalf of the Company, to execute and deliver all documents necessary or appropriate, and to take all such other actions deemed necessary or appropriate to effectuate the Chapter 11 bankruptcy filing of the Company; and

IT IS HEREBY FURTHER RESOLVED that Andrew Fonfa, is authorized and directed to take such further actions as may be necessary or appropriate to carry out the resolutions and directives identified herein, including the retention of Schwartz Flansburg PLLC as the Company's bankruptcy counsel, and any other professionals the Member may deem necessary or appropriate in connection with the bankruptcy case; and

IT IS HEREBY FURTHER RESOLVED that any and all actions previously done by Andrew Fonfa in connection with the subject matter of these resolutions are hereby approved, ratified and confirmed in all respects.

IN WITNESS WHEREOF, the Member of Lucky Dragon Hotel & Casino, LLC, does hereby execute this Action by Unanimous Written Consent as of the date indicated below.

**SOLE MEMBER:**

LAS VEGAS ECONOMIC IMPACT REGIONAL CENTER, LLC
a Nevada limited liability company

By:   Bofu, LLC,
       a Nevada limited liability company,
       its Manager

   By:   Weidner Management, LLC, a
          Nevada limited liability company,
          its Manager

      By:   _____
             James Weidner, Manager

      Date:   _____

By:   Eastern Investments, LLC,
       a Nevada limited liability company,
       its Manager

   By:   _____
          Andrew Fonfa, Manager

   Date:   _1-31-2018_____

4850-2946-4923, v. 1

**Fill in this information to identify the case:**

Debtor name   **Lucky Dragon Hotel & Casino, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   **18-10792-LED**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 28, 2018**      *X* **/s/ Andrew S. Fonfa**
                                           Signature of individual signing on behalf of debtor

                                           **Andrew S. Fonfa**
                                           Printed name

                                           **Managing Member of Eastern Investments, LLC**
                                           Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Lucky Dragon Hotel & Casino, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   **18-10792-LED**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              12/15

### Part 1:  Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................... $ _____0.00_____

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................................................... $ ___5,916,966.30___

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................... $ ___5,916,966.30___

### Part 2:  Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ _____0.00_____

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $ _____0.00_____

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$ ___34,631,935.27___

4.   **Total liabilities** ....................................................................................................
   Lines 2 + 3a + 3b                                                                                         $ ___34,631,935.27___

**Fill in this information to identify the case:**

Debtor name **Lucky Dragon Hotel & Casino, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) **18-10792-LED**

Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 2. | **Cash on hand** | | **$229,102.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of Nevada**<br>**As of December 31, 2017** | **Merchant Account** | **1719** | **$0.00** |
| 3.2. | **Bank of Nevada**<br>**As of December 31, 2017** | **Wire Account** | **2438** | **$0.00** |
| 3.3. | **Bank of Nevada**<br>**as of December 31, 2017** | **Cage Account** | **7334** | **$0.00** |
| 3.4. | **Bank of Nevada**<br>**As of December 31, 2017** | **Disbursement Account** | **7391** | **$0.00** |
| 3.5. | **Bank of Nevada** | **General Account** | **7300** | **$278,068.00** |

4. **Other cash equivalents** *(Identify all)*

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number *(If known)* **18-10792-LED** |
|---|---|---|
| | Name | |

| 5. | **Total of Part 1.** | | $507,170.00 |
|---|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | |

## Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

| 11a. 90 days old or less: | 1,562,320.00 | - | 2,500.00 | = .... | $1,559,820.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 5,042,177.58 | - | 1,796,838.00 | =.... | $3,245,339.58 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | $4,805,159.58 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

## Part 4: Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** Uniforms | | $22,000.00 | | $22,000.00 |

| 23. | **Total of Part 5.** | | $22,000.00 |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

24.  **Is any of the property listed in Part 5 perishable?**

Debtor **Lucky Dragon Hotel & Casino, LLC**                          Case number *(If known)* **18-10792-LED**
　　　　　Name

■ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Office Furniture and hotel/room furniture** | $10,000.00 | | $10,000.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Surveillance system; computer hardware** | $151,554.00 | | $151,554.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $161,554.00 |
|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

Debtor    **Lucky Dragon Hotel & Casino, LLC**
          Name

Case number *(If known)*  **18-10792-LED**

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2015 Cadillac Escalade ESV** | **$52,062.00** | | **$43,750.00** |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Casino Equipment** | **$333,582.72** | **N/A** | **$333,582.72** |

| 51. | **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | **$377,332.72** |
|---|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.

☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

☑ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>**Lucky Dragon Hotel and Casino**<br>**Registration No. 5,171,773** | **Unknown** | **N/A** | **Unknown** |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties**<br>**Liquor License** | **$43,750.00** | | **$43,750.00** |
| **Gaming license** | **$0.00** | | **Unknown** |

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor     **Lucky Dragon Hotel & Casino, LLC**                          Case number *(If known)*  **18-10792-LED**
         <sub>Name</sub>

| 63. | **Customer lists, mailing lists, or other compilations** | | |
| | Customer List - Loyalty/Rewards Program | $0.00 | Unknown |

64.     **Other intangibles, or intellectual property**

65.     **Goodwill**

66.     **Total of Part 10.**

       Add lines 60 through 65. Copy the total to line 89.                                    | **$43,750.00** |

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

    ■ No
    ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ■ No
    ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor **Lucky Dragon Hotel & Casino, LLC**
Name

Case number *(If known)* **18-10792-LED**

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $507,170.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,805,159.58 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $22,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $161,554.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $377,332.72 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $43,750.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,916,966.30 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,916,966.30 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Lucky Dragon Hotel & Casino, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   **18-10792-LED**

Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: |
| --- |

Debtor name   **Lucky Dragon Hotel & Casino, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   **18-10792-LED**

Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                         12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
| --- | --- | --- |

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**AAF FLANDERS**<br>**24828 NETWORK PL**<br>**CHICAGO, IL 60673**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$100.93** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**AGILYSYS NV, LLC.**<br>**1858 Paysphere Circle**<br>**Chicago, IL 60674**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$43,931.45** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**AGS**<br>**5475 S. Decatur Blvd., Suite 100**<br>**Las Vegas, NV 89118**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Dai Baccarat table game**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**AGS**<br>**5475 S. Decatur Blvd., Suite 100**<br>**Las Vegas, NV 89118**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Baccarat Sign**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor   **Lucky Dragon Hotel & Casino, LLC**                                   Case number (if known)   **18-10792-LED**
         Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Ainsworth Game Technology, Ltd**
**5800 Rafael Rivera Way**
**Las Vegas, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Busniess Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |

**ALLURE HOA**
**200 W SAHARA AVE**
**LAS VEGAS, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$165.00** |

**ALWAYS CREATIVE INC**
**10170 W TROPICANA # 156-201**
**LAS VEGAS, NV 89147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,327.06** |

**AMADEUS HOSPITALITY AMERICAS**
**14000 SW 119TH AVE**
**MIAMI, FL 33186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$91.96** |

**AMAZON**
**PO Box 81226**
**Seattle, WA 98108-1226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$68,210.02** |

**AMERASIAN CUISINE, LLC**
**145 Valle Vista, Ste. K**
**Vallejo, CA 94590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Food & Beverage**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,876.57** |

**AMERICAN HOTEL REGISTER CO.**
**PO BOX 206720**
**DALLAS HILLS, TX 75320-6720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number (if known) | **18-10792-LED** |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,482.50 |
|---|---|---|---|

**AMERICAN PRINTING**
**1512 Fremont Street**
**Las Vegas, NV 89101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Marketing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $635.00 |
|---|---|---|---|

**AMERICAN TOXICOLOGY INC**
**3340 SUNRISE AVE STE 105**
**LAS VEGAS, NV 89101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,676.79 |
|---|---|---|---|

**APEX LINEN SERVICE INC**
**6375 S ARVILLE #10**
**LAS VEGAS, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,980.91 |
|---|---|---|---|

**ARISTOCRAT**
**DEPT 849540**
**LOS ANGELES, CA 90084-9540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Assured Document Destruction**
**8050 Arville Street, Suite 105**
**Las Vegas, NV 89139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101,364.84 |
|---|---|---|---|

**BALLY GAMING INC**
**LOCKBOX 749335**
**LOS ANGELES, CA 90074-9335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,271.49 |
|---|---|---|---|

**BENEFIT ADMIN SRV INT CORP**
**2980 N CAMPBELL AVE STE 140**
**TUCSON, AZ 85719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | | Case number (if known) | **18-10792-LED** |
|---|---|---|---|---|
| | Name | | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,761.11 |
|---|---|---|---|

**BOOKING.COM**
**PO BOX 414462**
**BOSTON, MA 02241-4462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BrightView Lanscape Services, Inc**
**4021 W Carey Avenue**
**North Las Vegas, NV 89032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Landscape Services Agreement__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $684.00 |
|---|---|---|---|

**BROADCAST MUSIC INC**
**PO BOX 630893**
**CINCINNATI, OH 45263-0893**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,081.41 |
|---|---|---|---|

**BROWNSTEIN HYATT FARBER SCHREC**
**100 North City Parkway**
**Las Vegas, NV 89106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $748.20 |
|---|---|---|---|

**CARL'S DONUTS INC**
**6350 SUNSET CORPORATE DRIVE**
**LAS VEGAS, NV 89120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Food & Beverage__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $711.04 |
|---|---|---|---|

**CASSANDRA CHEUNG**
**PO BOX 80724**
**LAS VEGAS, NV 89180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Consultant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,210.00 |
|---|---|---|---|

**CENTRAL CREDIT**
**PO BOX 60028**
**CITY OF INDUSTRY, CA 91716-0028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Lucky Dragon Hotel & Casino, LLC**
_____
Name

Case number (*if known*)   **18-10792-LED**
_____

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $752,454.91 |
|---|---|---|---|

**CENTURYLINK**
**P.O. Box 4300**
**Carol Stream, IL 90197**

Date(s) debt was incurred _

Last 4 digits of account number  **Multiple Accounts**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,529.73 |
|---|---|---|---|

**CHRYSLER CAPITAL**
**8585 N STEMMONS FWY**
**DALLASA, TX 75247**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,288.65 |
|---|---|---|---|

**CHUNG CHOU CITY LV INC**
**4049 SPRING MOUNTAIN ROAD**
**LAS VEGAS, NV 89102**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41.50 |
|---|---|---|---|

**CLARK COUNTY DEPT  OF AVIATION**
**FINANCE DIVISION**
**LAS VEGAS, NV 89111-1005**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $143,972.72 |
|---|---|---|---|

**CLARK COUNTY TREASURER**
**500 S GRAND CENTRAL PKWY 32**
**LAS VEGAS, NV 89155**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Taxes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,339.80 |
|---|---|---|---|

**CLEAN THE WORLD**
**PO BOX 533838**
**ORLANDO, FL 32853**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,717.52 |
|---|---|---|---|

**CLEAR CHANNEL OUTDOOR INC**
**PO BOX 742025**
**LOS ANGELES, CA 90074-2025**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number (*if known*) | **18-10792-LED** |
|---|---|---|---|
| | Name | | |

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,485.50**

**CLIMATEC LLC**
**770 PILOT ROAD**
**LAS VEGAS, NV 89119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**CNA Surety**
**333 South Wabash**
**Chicago, IL 60604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Comb Brothers**
**5821 West Verde Way**
**Las Vegas, NV 89130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Recycling, Asset Recovery and Oil Filtering Service Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,345.00**

**CONCENTRA**
**PO BOX 9010**
**BROOMFIELD, CO 80021-9010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$732.85**

**CREATIVE CANDLE LIGHTING OF LV**
**3555 S. HIGHLAND DR SUITE 10**
**LAS VEGAS, NV 89103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Creative Manager, Inc.**
**721 Auth Avenue**
**Oakhurst, NJ 07755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Workamajig Information, Documents, Images and Software**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$123.03**

**CREATIVE PRINTING INC**
**6415 KARMS PARK COURT**
**LAS VEGAS, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Marketing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Lucky Dragon Hotel & Casino, LLC**
Name

Case number (if known)   **18-10792-LED**

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,572.81** |
|---|---|---|---|

**CUMMINS ALLISON CORP**
**PO BOX 339**
**MT PROSPECT, IL 60056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,335.26** |
|---|---|---|---|

**CUSTOM STORAGE INC**
**PO BOX 843838**
**DALLAS, TX 75284-3838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,425.25** |
|---|---|---|---|

**CYXTERA**
**13322 COLLECTION CENTER DR**
**CHICAGO, IL 60693-0133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$170.72** |
|---|---|---|---|

**DAVID FILTER**
**4171 S MARYLAND PKWY**
**LAS VEGAS, NV 89119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Consultant**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45.00** |
|---|---|---|---|

**DC HOST SERVICES LLC**
**4443 COLLINGWOOD STREET**
**LAS VEGAS, NV 89147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,500.98** |
|---|---|---|---|

**DEQ Systems Corp**
**735 Bermuda Road, Suite G**
**Las Vegas, NV 89119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **EZ Baccarat Tables, EZ Trak System, EZ Pai Gow Tables**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Desert Fire Protection, L.P.**
**5040 Sobb Avenue**
**Las Vegas, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Fire Protection Equipment Inspection**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Lucky Dragon Hotel & Casino, LLC**
          Name

Case number (*if known*)    **18-10792-LED**

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Diamond Mountain Distributors**
**7440 Commercial Way**
**Henderson, NV 89011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __Service Agreement for used Playing Cards__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11.96** |
|---|---|---|---|

**DS SERVICES OF AMERICA INC**
**PO BOX 660579**
**DALLAS, TX 75266-0579**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __Business Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$640.00** |
|---|---|---|---|

**DUVOICE**
**608 STATE ST S #100**
**KIRKLAND, WA 98033**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __Business Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,754.30** |
|---|---|---|---|

**EARTH COLOR HOUSTON INC**
**7021 PORTWEST SUITE 190**
**HOUSTON, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __Business Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**EATON CORPORATION**
**PO BOX 93531**
**CHICAGO, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __Business Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$270.40** |
|---|---|---|---|

**ECOLAB FOOD SAFETY**
**SPECIALTIES INC**
**FORT WORTH, TX 76118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __Business Debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ecolab Inc.**
**c/o The Corporation Trust Company of NV**
**Registered Agent**
**701 S. Carson Street, Suite 200**
**Carson City, NV 89701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __Dishmachine Lease and water softner lease__
__agreements__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Lucky Dragon Hotel & Casino, LLC**
Name                                                    Case number *(if known)*    **18-10792-LED**

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,560.18 |
|------|------|------|------|

**ECOLAB PEST ELIMINATION**
**26252 NETWORK PLACE**
**CHICAGO, IL 60673-1262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Maintenance

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,250.63 |
|------|------|------|------|

**ELAN OFFICE SYSTEMS**
**4675 W TECO AVE**
**LAS VEGAS, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,410.00 |
|------|------|------|------|

**EMPLOYERS UNITY LLC**
**PO BO 173836**
**DENVER, CO 80217-3836**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,988.99 |
|------|------|------|------|

**ENTERTAINMENT BENEFITS GROUP**
**19495 BISCAYNE BLVD SUITE 300**
**AVENTURA, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,000.00 |
|------|------|------|------|

**ERNST & YOUNG**
**PO BOX 846793**
**LOS ANGELES, CA 90084-6793**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Consultant

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,625.71 |
|------|------|------|------|

**EVER BLUE OCEAN LLC**
**5600 SPRING MOUNTAIN RD #F**
**LAS VEGAS, NV 89146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|------|------|------|

**Everi**
**7250 S Tenaya Way, Ste 100**
**Las Vegas, NV 89113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Gaming Software Licensing Agreement

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | | Case number (if known) | **18-10792-LED** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $189,115.63 |
|---|---|---|---|

**EVERI PAYMENTS INC**
**PO BOX 206036**
**DALLAS, TX 75320-6036**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $561.25 |
|---|---|---|---|

**EXPERIAN**
**PO BOX 881971**
**LOS ANGELES, CA 90088-1971**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.73 |
|---|---|---|---|

**FED EX**
**PO BOX 7221**
**PASADENA, CA 91109-7321**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Courier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,202.32 |
|---|---|---|---|

**FIRST CLASS VENDING INC**
**6875 SUVA STREET**
**BELL GARDENS, CA 90201**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,383.50 |
|---|---|---|---|

**FISHER PHILLIPS**
**300 S FOURTH STREET SUITE 1500**
**LAS VEGAS, NV 89101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Food Pantry, Ltd. dba Accents**
**3536 Harding Avenue**
**Honolulu, HI 96816**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Hotel Gift & Sundries Shop Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,344.70 |
|---|---|---|---|

**FREDI & SONS INC**
**1 VITALE LANE**
**FOOTHILL RANCH, CA 92610**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Lucky Dragon Hotel & Casino, LLC**
_____
Name

Case number (if known)    **18-10792-LED**
_____

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,976.11 |
|---|---|---|---|

**FREEDOM MEATS**
**2955 WESTWOOD DRIVE**
**LAS VEGAS, NV 89109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Food & Beverage**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,099.70 |
|---|---|---|---|

**G2 GRAPHIC SERVICE**
**5510 CLEON AVENUE**
**NORTH HOLLYWOOD, CA 91601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87,938.69 |
|---|---|---|---|

**GAMING PARTNERS INTERNATIONAL**
**3945 WEST CHEYENNE AVE**
**NORTH LAS VEGAS, NV 89032**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Garda CL West, Inc.**
**1685 Palm Street**
**Las Vegas, NV 89104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Armored Car Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,553.69 |
|---|---|---|---|

**GET FRESH SALES INC**
**6745 S ESCONDIDO ST**
**LAS VEGAS, NV 89119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Food & Beverage**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $759.92 |
|---|---|---|---|

**GILLS PRINTING & COLOR GRAPHIC**
**PO BOX 97598**
**LAS VEGAS, NV 89193-7598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Marketing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**GoConcierge**
**c/o Alice**
**18757 Burbank Blvd, Ste 212**
**Tarzana, CA 91356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Hospitality Operations Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number (if known) | **18-10792-LED** |
|---|---|---|---|
| | Name | | |

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$655.46** |

**GREAT BUNS BAKERY**
**3270 E. TROPICANA**
**LAS VEGAS, NV 89121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Food & Beverage__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$582.62** |

**HD SUPPLY FACILITIES MAINT.LTC**
**4825 E CHEYENNE AVENUE**
**LAS VEGAS, NV 89115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Maintenance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,724.00** |

**HELEN QUAN**
**8141 BAY HARBOR DR**
**LAS VEGAS, NV 89128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Consultant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$841.00** |

**HTA PLUMBING & MECHANICAL**
**2049 PABCO ROAD**
**HENDERSON, NV 89011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Maintenance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**IGT**
**9295 Prototype Drive**
**Reno, NV 89521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Business debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,975.00** |

**INNSIGHT REPORTS, LLC**
**11828 LA GRANGE AVE**
**LOS ANGELES, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,857.22** |

**INTERBLOCK USA LC**
**PO BOX 844902**
**LOS ANGELES, CA 90084-4902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Lucky Dragon Hotel & Casino, LLC**                     Case number (if known)    **18-10792-LED**
      Name

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.75 |
|---|---|---|---|

**INTERFLEX PAYMENT LLC**
**2508 HIGHLANDER WAY SUITE 200**
**CARROLLTON, TX 75006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,913.97 |
|---|---|---|---|

**INTERIOR FASHIONS LLC**
**3250 SIRIUS AVE SUITE FRONT**
**LAS VEGAS, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $544,444.36 |
|---|---|---|---|

**INTERNATIONAL GAMING TECHNOLOG**
**9295 PROTOTYPE DRIVE**
**RENO, NV 89521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,243.65 |
|---|---|---|---|

**INTERSTATE HOTEL INSTALLATION**
**1550 HELM DR SUITE 140**
**LAS VEGAS, NV 89119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $329.00 |
|---|---|---|---|

**JACKSON LEWIS P.C.**
**P.O.BOX 416019**
**BOSTON, MA 02241-6019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Consultant

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,094.00 |
|---|---|---|---|

**JAK ENTERPRISES INC**
**4248 W RENO AVE**
**LAS VEGAS, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JAYRALD SUMALINOG ADOL**
**6649 Topley Pike Avenue**
**Las Vegas, NV 89139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Consultant

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **Lucky Dragon Hotel & Casino, LLC**
Name

Case number (if known)   **18-10792-LED**

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $626.55 |

**JCM GLOBAL**
**925 PILOT ROAD**
**LAS VEGAS, NV 89119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |

**JFC INTERNATIONAL**
**7101 E SLAUSON AVE**
**LOS ANGELES, CA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,796.84 |

**JOHNSON BUSINESS MACHINES INC**
**3150 S PROCYON STREET**
**LAS VEGAS, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,000.00 |

**KA HONG AU YEUNG**
**5F NO2 ALY 3 LN 59 SEC 1**
**TAIPEI CITY 116 TAIWAN ROC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Consultant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,159.89 |

**KAESER & BLAIR INC**
**4236 GRISSOM DR**
**BATAVIA, OH 45103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,119.20 |

**KINGFISHER TRADING CO INC**
**9320 MABEL AVE**
**SOUTH EL MONTE, CA 91733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,836.74 |

**KWONG YET LUNG CO**
**5000 S. DECATUR BLVD**
**LAS VEGAS, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Lucky Dragon Hotel & Casino, LLC**
Name

Case number *(if known)*    **18-10792-LED**

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,401.60 |
|---|---|---|---|

**LA SPECIALTY**
PO BOX 2293
SANTA FE SPRINGS, CA 90670

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Las Vegas Chinese News Network**
3552 Wynn Road
Las Vegas, NV 89103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Advertising__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,575.28 |
|---|---|---|---|

**LAS VEGAS MUTUAL TRADING**
2955 LINCOLN RD
LAS VEGAS, NV 89002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Las Vegas Valley Water District**
1001 S. Valley View Blvd.
Las Vegas, NV 89153

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Utilities__

Last 4 digits of account number  __5354__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $323.92 |
|---|---|---|---|

**LAWSON PRODUCTS**
PO BOX 809401
CHICAGO, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $23,364.92 |
|---|---|---|---|

**LAWYER MECHANICAL SERVICES INC**
3036 S VALLEY VIEW BLVD
LAS VEGAS, NV 89102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $534.46 |
|---|---|---|---|

**LESLIE'S POOLMART INC**
6470 BOULDER HWY STE B
LAS VEGAS, NV 89122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number *(if known)* | **18-10792-LED** |
|---|---|---|---|
| | Name | | |

---

**3.103** | Nonpriority creditor's name and mailing address

**Lucky Dragon, LP**
**200 W. Sahara Avenue, Suite 4001**
**Las Vegas, NV 89102**

Date(s) debt was incurred  **2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$2,230,190.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address

**Lucky Dragon, LP**
**200 W. Sahara Avenue, Suite 4001**
**Las Vegas, NV 89102**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **License Fee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address

**Lucky Dragon, LP**
**200 W. Sahara Avenue, Suite 4001**
**Las Vegas, NV 89102**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$6,900,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Intercompany Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address

**Lucky Dragon, LP**
**200 W. Sahara Avenue, Suite 4001**
**Las Vegas, NV 89102**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$3,559,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Eastern Investment, LLC's Capital Contribution Owed to Lucky Dragon LP**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address

**Lucky Dragon, LP**
**200 W. Sahara Avenue, Suite 4001**
**Las Vegas, NV 89102**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$18,201,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Bofu, LLC's Capital Contribution to Lucky Dragon, LP**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address

**Lucky Dragon, LP**
**200 W. Sahara Avenue, Suite 4001**
**Las Vegas, NV 89102**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$807,054.19**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Las Vegas Economic Impact Regional Center's Captial Contribution to Lucky Dragon, LP**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address

**MAGIC GOURMET TRADING INC**
**375 ADRIAN ROAD**
**MILLBRAE, CA 94030**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$11,081.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number (if known) | **18-10792-LED** |
|---|---|---|---|
| | Name | | |

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,783.75**

**MAJESTIC MIRROR & FRAME**
745 NW 79 STREET
MIAMI, FL 33166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Maintenance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$746.34**

**MING WEI YANG**
5225 4000 NO 3 ROAD
RICHMOND BC V6X0J8

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consultant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,744.35**

**NATIONAL CRED-A-CHK INC**
2240 SUNSET BLVD
SAN DIEGO, CA 92103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$437.77**

**NEDCO SUPPLY**
4200 WEST SPRING MOUNTAIN RD
LAS VEGAS, NV 89102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Nevada Gaming Control Board**
555 East Washington Avenue
Las Vegas, NV 89101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**NV Energy**
P.O. Box 30086
Reno, NV 89520-3086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **3868**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$114.48**

**ODS CHAUFFEURED TRANSPORTATION**
4675 WYNN ROAD
LAS VEGAS, NV 89103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Lucky Dragon Hotel & Casino, LLC**
Name

Case number (if known)  **18-10792-LED**

| | |
|---|---|
| 3.117 | **Nonpriority creditor's name and mailing address** |

**OFFICE DEPOT**
**PO BOX 70025**
**LOS ANGELES, CA 90074**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$231.15**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Office Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.118 | **Nonpriority creditor's name and mailing address** |

**OPEN TABLE**
**PO BOX 8395**
**PASADENA, CA 91109-8395**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$354.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.119 | **Nonpriority creditor's name and mailing address** |

**ORION CHANDELIER INC**
**2202 SOUTH WRIGHT STREET**
**SANTA ANA, CA 92705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$440.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.120 | **Nonpriority creditor's name and mailing address** |

**P&R PAPER SUPPLY COMPANY INC**
**1898 EAST COLTON AVE**
**REDLANDS, CA 92373**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$2,930.15**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.121 | **Nonpriority creditor's name and mailing address** |

**Pacific Showcase**
**4555 Procyon Street**
**Las Vegas, NV 89103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.122 | **Nonpriority creditor's name and mailing address** |

**Paycom Payroll, LLC**
**7501 W. Memorial Road**
**Oklahoma City, OK 73142**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payroll Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.123 | **Nonpriority creditor's name and mailing address** |

**PCNA CONSULTING GROUP INC**
**7935 BADURA AVE SUITE 1045**
**LAS VEGAS, NV 89113**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$1,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number (if known) | **18-10792-LED** |
|---|---|---|---|
| | Name | | |

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**PDS Gaming Corporation**
**6280 Annie Oakley Drive**
**Las Vegas, NV 89120-3910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Equipment Leases**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$140.03** |
|---|---|---|---|

**PITNEY BOWES GLOBAL FIN SRVC**
**PO BOX 371887**
**PITTSBURGH, PA 15250-7887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$660.50** |
|---|---|---|---|

**PREDICTIVE LEADERSHIP SOLUTION**
**PO BOX 93983**
**LAS VEGAS, NV 89195-0013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Quality One Pool Management**
**3217 W. Tomkins Avenue**
**Las Vegas, NV 89103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Rainmaker Group Las Vegas, LLC**
**3763 Howard Hughes Pkwy**
**Las Vegas, NV 89169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Cloud Based Revenue Management Agreement**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,152.00** |
|---|---|---|---|

**RED BULL**
**PO BOX 204750**
**DALLAS, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Food & Beverage**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,091.81** |
|---|---|---|---|

**RENU OIL OF AMERICA INC**
**PO BOX 93453**
**LAS VEGAS, NV 89193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☒ No ☐ Yes

Debtor    **Lucky Dragon Hotel & Casino, LLC**                          Case number (if known)    **18-10792-LED**
          Name

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Republic Services**
**PO Box 98508**
**Las Vegas, NV 89193-8508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0400**

Basis for the claim:  **Utilties**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,271.03** |
|---|---|---|---|

**REYES COCA-COLA BOTTLING LLC**
**PO BOX 740214**
**LOS ANGELES, CA 90074-0214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Food & Beverage**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Richard Slack**
**c/o Christian Gabroy, Esq.**
**Gabroy Law Offices**
**170 South Green Valley Parkway, Suite 28**
**Henderson, NV 89012**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lawsuit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,342.73** |
|---|---|---|---|

**RSVP PARTY RENTALS**
**445 S. VALLEY VIEW SUITE 7**
**LAS VEGAS, NV 89103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125.00** |
|---|---|---|---|

**SAFLOK**
**PO BOX 890247**
**CHARLOTTE, NC 28289-0247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,411.40** |
|---|---|---|---|

**SAHARA WEST EXECUTIVE PARK LLC**
**3100 W SAHARA AVE**
**LAS VEGAS, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Office Leases for Suite 204, 207 - 3100 W. Sahara**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,560.14** |
|---|---|---|---|

**SANTA MONICA SEAFOOD**
**18531 S BROADWICK ST**
**RANCHO DOMINGUEZ, CA 90220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Food & Beverage**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number (*if known*) | **18-10792-LED** |
|---|---|---|---|
| | Name | | |

---

**3.138** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$378.88**

**SCREAMING IMAGES LLC**
**6975 S DECATUR BLVD #130**
**LAS VEGAS, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$585.36**

**SECTRAN SECURITY INC**
**PO BOX 227267**
**LOS ANGELES, CA 90022-0967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Security**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$617.53**

**SESAC**
**PO BOX 900013**
**RALEIGH, NC 27675-9013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,000.00**

**SIMMONS GROUP NEVADA, LLC**
**6841 S EASTERN AVE, STE 103**
**LAS VEGAS, NV 89119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Snow Covered Capital, LLC**
**1555 Pacific Ave**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **300 W Sahara Avenue**
**Las Vegas, NV 89102**
**APN: 162-04-816-001**
**Property operates as the Lucky Dragon Hotel & Casino.**
**Lucky Dragon Hotel & Casino, LLC leases the Property from the Debtor.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Snow Covered Capital, LLC**
**1555 Pacific Ave**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **300 W Sahara Avenue**
**Las Vegas, NV 89102**
**APN: 162-04-816-001**
**Property operates as the Lucky Dragon Hotel & Casino.**
**Lucky Dragon Hotel & Casino, LLC leases the Property from the Debtor.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor    **Lucky Dragon Hotel & Casino, LLC**

Name

Case number (if known)    **18-10792-LED**

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $169.91 |

**SNYDERS BEVERAGE**
**PO BOX 98294**
**LAS VEGAS, NV 89193-8294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Food & Beverage__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,712.33 |

**SOHO MYRIAD INC**
**1250 MENLO DRIVE NW SUITE C**
**ATLANTA, GA 30318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,404.38 |

**SOTHYS USA INC**
**1500 NW 94TH AVENUE**
**MIAMI, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,326.00 |

**SOUTH CENTRAL COMM. CORP**
**PO BOX 633497**
**CINCINNATI, OH 45263-3497**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,650.00 |

**SOUTHERN NEVADA ENVIRONMENTAL**
**SERVICES INC**
**4616 W SAHARA #120**
**LAS VEGAS, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $227.00 |

**SOUTHERN NEVADA HEALTH DIST**
**PO BOX 845688**
**LOS ANGELES, CA 90084-5688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,948.45 |

**SOUTHWEST GAS**
**PO BOX 98890**
**LAS VEGAS, NV 89193-8890**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utilities__

Last 4 digits of account number __5133__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Lucky Dragon Hotel & Casino, LLC**
         Name
                                                    Case number (if known)   **18-10792-LED**

| | | |
|---|---|---|
| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$0.00** |

**3.151**

**Nonpriority creditor's name and mailing address**
**STATE RESTAURANT EQUIPMENT CO**
**3163 S HIGHLAND**
**LAS VEGAS, NV 89109**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.              **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.152**

**Nonpriority creditor's name and mailing address**
**STEP SAVER INC**
**1901 WEST 2425 SOUTH**
**WOODS CROSS, UT 84087**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.              **$2,205.84**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153**

**Nonpriority creditor's name and mailing address**
**SUNFOOD MARKET LLC**
**8715 LINDELL ROAD SUITE 150**
**LAS VEGAS, NV 89139**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.              **$23,947.14**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Food & Beverage**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154**

**Nonpriority creditor's name and mailing address**
**SUNSHINE PUBLISHING INC**
**4215 SPRING MOUNTAIN RD**
**LAS VEGAS, NV 89102**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.              **$3,600.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.155**

**Nonpriority creditor's name and mailing address**
**SURVEILLANCE SYSTEMS**
**4465 GRANITE DR # 700**
**ROCKLIN, CA 95677**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.              **$119,703.06**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Security**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.156**

**Nonpriority creditor's name and mailing address**
**SYSCO-NEWPORT MEAT OF NV**
**5420 S VALLEY VIEW BLVD**
**LAS VEGAS, NV 89118**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.              **$33,307.55**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Food & Beverage**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.157**

**Nonpriority creditor's name and mailing address**
**TANGERINE GLOBAL**
**2665 PARK CENTER DRIVE UNIT B**
**Simi Valley, CA 93065**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.              **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Lucky Dragon Hotel & Casino, LLC**

Name

Case number (*if known*)    **18-10792-LED**

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $660.00 |
|---|---|---|---|

**TAWA NEVADA INC**
**6281 REGIO AVE**
**BUENA PARK, CA 90620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,254.59 |
|---|---|---|---|

**TCS JOHN HUXLEY AMERICA INC**
**6171 MCLEOD DR STE M**
**LAS VEGAS, NV 89120-4409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71.12 |
|---|---|---|---|

**TECH ART INC**
**4185 W TECO AVE**
**LAS VEGAS, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,172.00 |
|---|---|---|---|

**TEKVISIONS INC**
**40970 ANZA ROAD**
**TEMECULA, CA 92592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,460.00 |
|---|---|---|---|

**THE BUREAU OF NATIONAL AFFAIRS**
**PO BOX 17009**
**BALTIMORE, MD 21297-1009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,000.00 |
|---|---|---|---|

**THE RAINMAKER**
**4550 NORTH POINT PARKWAY #400**
**ALPHARETTA, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $374.74 |
|---|---|---|---|

**THE STANDARD**
**PO Box 5203**
**Portland, OR 97208-9981**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor  **Lucky Dragon Hotel & Casino, LLC**                                Case number (if known)    **18-10792-LED**
Name

| | | |
|---|---|---|
| 3.165 | **Nonpriority creditor's name and mailing address**<br>**THE WASSERSTROM COMPANY**<br>**477 S. FONT ST**<br>**COLUMBUS, OH 43215** | **As of the petition filing date, the claim is:** Check all that apply.        $1,891.16 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address**<br>**ULINE INC**<br>**PO BOX 88741**<br>**CHICAGO, IL 60680** |
|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.        $295.11
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address**<br>**US FOODS INC**<br>**PO BOX 101076**<br>**PASADENA, CA 91189** |
|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.        $38,779.08
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Food & Beverage**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address**<br>**VERIZON**<br>**PO BOX 660108**<br>**DALLAS, TX 75266-0108** |
|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.        $937.43
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address**<br>**VSR INDUSTRIES INV**<br>**6190 MOUNTAIN VISTA STREET**<br>**HENDERSON, NV 89014** |
|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.        $86.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address**<br>**WAXIE SANITARY SUPPLY**<br>**PO BOX 60227**<br>**LOS ANGELES, CA 90060** |
|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.        $1,411.26
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address**<br>**WESSCO INTERNATIONAL**<br>**11400 OLYMPIC BLVD SUITE 450**<br>**LOS ANGELES, CA 90064** |
|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.        $489.20
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **Lucky Dragon Hotel & Casino, LLC**

Name

Case number (if known)   **18-10792-LED**

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147.00 |
|---|---|---|---|

**WESTERN STATES FIRE PROTECTION**
3130 WESTWOOD DRIVE
LAS VEGAS, NV 89109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $388.65 |
|---|---|---|---|

**WESTERN SURETY COMPANY**
P.O. BOX 957312
ST. LOUIS, MO 63195

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**WHITLEY INTERNATIONAL CO**
1111 CORPORATE CENTER DR #301
MONTEREY PARK, CA 91754

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,036.00 |
|---|---|---|---|

**WORLD JOURNAL LA LLC**
1588 CORPORATE CENTER DRIVE
MONTEREY PARK, CA 91754

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,264.10 |
|---|---|---|---|

**WORLD VARIETY PRODUCE**
PO BOX 514599
LOS ANGELES, CA 90051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Food & Beverage**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,129.13 |
|---|---|---|---|

**WW GRAINGER INC**
2401 WESTERN AVE
LAS VEGAS, NV 89102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $697.50 |
|---|---|---|---|

**YOUNG ELECTRIC SIGN COMPANY**
5119 S CAMERON ST
LAS VEGAS, NV 89118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

---

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number (if known) | **18-10792-LED** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **DEQ SYSTEMS CORP**<br>**1840 1ST STREET STE 103A**<br>**LEVIS, QUEBEC G6W5M6** | Line **3.45**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Karsaz & Associates**<br>**c/o Chris A. Karsaz, Esq.**<br>**6276 S Rainbow Blvd, Ste 120**<br>**Las Vegas, NV 89118** | Line **3.136**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **McDonald Carano LLP**<br>**c/o George F Ogilvie, III, Esq.**<br>**2300 W Sahara Ave, Ste 1200**<br>**Las Vegas, NV 89102** | Line **3.146**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Snow Covered Capital, LLC**<br>**P.O. Box 472218**<br>**San Francisco, CA 94147** | Line **3.142**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Snow Covered Capital, LLC**<br>**P.O. Box 472218**<br>**San Francisco, CA 94147** | Line **3.143**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 34,631,935.27 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 34,631,935.27 |

Fill in this information to identify the case:

Debtor name    **Lucky Dragon Hotel & Casino, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **18-10792-LED**

Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                              12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Dai Baccarat table game** | |
| State the term remaining    **month to month until termination** | **AGS**<br>**5475 S. Decatur Blvd., Suite 100**<br>**Las Vegas, NV 89118** |
| List the contract number of any government contract | |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest    **Baccarat Sign** | |
| State the term remaining    **Month to month until terminated** | **AGS**<br>**5475 S. Decatur Blvd., Suite 100**<br>**Las Vegas, NV 89118** |
| List the contract number of any government contract | |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest    **Hospitality Operations Agreement** | |
| State the term remaining    **2 years** | **AMADEUS HOSPITALITY AMERICAS**<br>**14000 SW 119TH AVE**<br>**MIAMI, FL 33186** |
| List the contract number of any government contract | |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest    **Gaming hardware and software** | |
| State the term remaining    **10 months** | **Aristocrat Technologies, Inc.**<br>**7230 Amigo Street**<br>**Las Vegas, NV 89119** |
| List the contract number of any government contract | |

Debtor 1  **Lucky Dragon Hotel & Casino, LLC**

First Name    Middle Name    Last Name

Case number *(if known)*  **18-10792-LED**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Containers & Doc Shredding Service Contract** | |
|---|---|---|---|
| | State the term remaining | **Month to month** | **Assured Document Destruction**<br>**8050 Arville Street, Suite 105**<br>**Las Vegas, NV 89139** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Landscaping agreement** | |
|---|---|---|---|
| | State the term remaining | **11 months** | **BrightView Lanscape Services, Inc**<br>**4021 W Carey Avenue**<br>**North Las Vegas, NV 89032** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Communication Services Contracts with Lucky Dragon LP** | |
|---|---|---|---|
| | State the term remaining | **45 months** | **Centurylink**<br>**5454 W. 110th Street**<br>**Overland Park, KS 66210** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Soap & Hygiene Products Recycling Contract** | |
|---|---|---|---|
| | State the term remaining | **4 years 8 months** | **CLEAN THE WORLD**<br>**PO BOX 533838**<br>**ORLANDO, FL 32853** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Technical Support Agreement** | |
|---|---|---|---|
| | State the term remaining | **3 years** | **Climatec**<br>**770 Pilot Road, Suite 1**<br>**Las Vegas, NV 89119** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Recycling, Asset Recovery and Oil Filtering Service Agreement** | |
|---|---|---|---|
| | State the term remaining | **2 years** | **Comb Brothers**<br>**5821 West Verde Way**<br>**Las Vegas, NV 89130** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Lucky Dragon Hotel & Casino, LLC**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*　**18-10792-LED**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  |  |  |
|---|---|---|
| | government contract | |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Temporary Labor Contract** | |
| | State the term remaining | **2 years** | **Comb Brothers** |
| | List the contract number of any government contract | | **5821 West Verde Way** |
| | | | **Las Vegas, NV 89130** |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Workamajig Information, Documents, Images and Software** | |
| | State the term remaining | **8 months** | **Creative Manager, Inc.** |
| | List the contract number of any government contract | | **721 Auth Avenue** |
| | | | **Oakhurst, NJ 07755** |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **EZ Baccarat tables and system, EZ Pai Gow Tables** | |
| | State the term remaining | **Month to month** | **DEQ Systems Corp** |
| | List the contract number of any government contract | | **735 Bermuda Road, Suite G** |
| | | | **Las Vegas, NV 89119** |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Inspection agreement** | |
| | State the term remaining | **3 months** | **Desert Fire Protection, L.P.** |
| | List the contract number of any government contract | | **5040 Sobb Avenue** |
| | | | **Las Vegas, NV 89118** |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement for used Playing Cards** | |
| | State the term remaining | **auto renewal every 12 months** | **Diamond Mountain Distributors** |
| | List the contract number of any government contract | | **7440 Commercial Way** |
| | | | **Henderson, NV 89011** |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Dishmachine Lease and water softner lease agreements** | **Ecolab Inc.** |
| | | | **c/o The Corporation Trust Company of NV** |
| | | | **Registered Agent** |
| | | | **701 S. Carson Street, Suite 200** |
| | | | **Carson City, NV 89701** |

Debtor 1   **Lucky Dragon Hotel & Casino, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*   **18-10792-LED**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **4 years** | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Liquor license** | |
|---|---|---|---|
| | State the term remaining | | **El Dos De Oros Bar & Nightclub** |
| | List the contract number of any government contract | | **3702 Fisher Avenue** |
| | | | **North Las Vegas, NV 89031** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Auditing Agreement** | |
|---|---|---|---|
| | State the term remaining | **4 months** | |
| | List the contract number of any government contract | | **ERNST & YOUNG LLP** |
| | | | **3800 HOWARD HUGHES PKWY, STE 1450** |
| | | | **Las Vegas, NV 89169** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Gaming Software Licensing Agreement** | |
|---|---|---|---|
| | State the term remaining | **month to month** | |
| | List the contract number of any government contract | | **Everi** |
| | | | **7250 S Tenaya Way, Ste 100** |
| | | | **Las Vegas, NV 89113** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Traveler Preference Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Expedia, Inc** |
| | | | **333 108th Ave NE** |
| | | | **Bellevue, WA 98004** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Space lease** | |
|---|---|---|---|
| | State the term remaining | **4 years** | |
| | List the contract number of any government contract | | **Food Pantry, Ltd. dba Accents** |
| | | | **3536 Harding Avenue** |
| | | | **Honolulu, HI 96816** |

Official Form 206G    **Schedule G: Executory Contracts and Unexpired Leases**    Page 4 of 9

Debtor 1  **Lucky Dragon Hotel & Casino, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)  **18-10792-LED**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Armored Car Lease** | |
|---|---|---|---|
| | State the term remaining | **Until cancelled** | **Garda CL West, Inc.** |
| | List the contract number of any government contract | | **1685 Palm Street** **Las Vegas, NV 89104** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Hospitality Operations Agreement** | |
|---|---|---|---|
| | State the term remaining | **until cancelled** | **GoConcierge** |
| | List the contract number of any government contract | | **c/o Alice** **18757 Burbank Blvd, Ste 212** **Tarzana, CA 91356** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Game Machines & Casino System Leases** | |
|---|---|---|---|
| | State the term remaining | **2 years** | **IGT** |
| | List the contract number of any government contract | | **9295 Prototype Drive** **Reno, NV 89521** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Gaming Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | **month to month** | **INTERBLOCK USA LC** |
| | List the contract number of any government contract | | **PO BOX 844902** **LOS ANGELES, CA 90084-4902** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Currency & Transaction Management Machines Contract** | |
|---|---|---|---|
| | State the term remaining | **until cancelled** | **JCM GLOBAL** |
| | List the contract number of any government contract | | **925 PILOT ROAD** **LAS VEGAS, NV 89119** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Billboard Media** | |
|---|---|---|---|
| | State the term remaining | **expired** | **Kre-8 Media, LLC** |
| | List the contract number of any | | **4050 W. Harmon Avenue, Suite 1-2** **Goldfield, NV 89013** |

| Debtor 1 | **Lucky Dragon Hotel & Casino, LLC** | | Case number *(if known)* | **18-10792-LED** |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | government contract | | |
|---|---|---|---|---|

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising** | |
|---|---|---|---|
| | State the term remaining | **7 Months** | |
| | List the contract number of any government contract | | **Las Vegas Chinese News Network**<br>**3552 Wynn Road**<br>**Las Vegas, NV 89103** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Hotel and Casino** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Lucky Dragon, LP**<br>**200 W. Sahara Avenue, Suite 4001**<br>**Las Vegas, NV 89102** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Employee Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Lucky Dragon, LP**<br>**200 W. Sahara Avenue, Suite 4001**<br>**Las Vegas, NV 89102** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing and Public Relations** | |
|---|---|---|---|
| | State the term remaining | **9 months** | |
| | List the contract number of any government contract | | **PCA**<br>**108 West 2nd Street, Suite 108**<br>**Los Angeles, CA 90012** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Central Plant Equipment** | |
|---|---|---|---|
| | State the term remaining | **30 months** | |
| | List the contract number of any government contract | | **PDS Gaming Corporation**<br>**6280 Annie Oakley Drive**<br>**Las Vegas, NV 89120-3910** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Casino Equipment** | **PDS Gaming Corporation**<br>**6280 Annie Oakley Drive**<br>**Las Vegas, NV 89120-3910** |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Lucky Dragon Hotel & Casino, LLC**
    First Name        Middle Name        Last Name

Case number (*if known*)  **18-10792-LED**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining      **30 months** | |
| List the contract number of any government contract | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Gaming Devices** | |
|---|---|---|---|
| | State the term remaining | **30 months** | **PDS Gaming Corporation**<br>**6280 Annie Oakley Drive**<br>**Las Vegas, NV 89120-3910** |
| | List the contract number of any government contract | | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Mailstation Meters Lease** | |
|---|---|---|---|
| | State the term remaining | **until cancelled** | **PITNEY BOWES GLOBAL FIN SRVC**<br>**PO BOX 371887**<br>**PITTSBURGH, PA 15250-7887** |
| | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Pool & Water Features Maintenance Service Contract** | |
|---|---|---|---|
| | State the term remaining | | **Quality One Pool Management**<br>**3217 W. Tomkins Avenue**<br>**Las Vegas, NV 89103** |
| | List the contract number of any government contract | | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Cloud Based Revenue Management Agreement Service Contract** | |
|---|---|---|---|
| | State the term remaining | | **Rainmaker Group Las Vegas, LLC**<br>**3763 Howard Hughes Pkwy**<br>**Las Vegas, NV 89169** |
| | List the contract number of any government contract | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Recycling Contract** | |
|---|---|---|---|
| | State the term remaining | **13 months** | **RENU OIL OF AMERICA INC**<br>**PO BOX 93453**<br>**LAS VEGAS, NV 89193** |
| | List the contract number of any government contract | | |

Debtor 1  **Lucky Dragon Hotel & Casino, LLC**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*   **18-10792-LED**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Suite 204 - 3100 W. Sahara** | |
|---|---|---|---|
| | State the term remaining | **10 months** | **Sahara West Executive Park** |
| | List the contract number of any government contract | | **3100 W. Sahara, Suite 112**<br>**Las Vegas, NV 89102** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Suite 207 - 3100 W Sahara** | |
|---|---|---|---|
| | State the term remaining | **10 months** | **Sahara West Executive Park** |
| | List the contract number of any government contract | | **3100 W. Sahara, Suite No. 112**<br>**Las Vegas, NV 89102** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Armored Service Agreement** | |
|---|---|---|---|
| | State the term remaining | **12 months** | **SECTRAN SECURITY INC** |
| | List the contract number of any government contract | | **PO BOX 227267**<br>**LOS ANGELES, CA 90022-0967** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **SPA Facilities Agreement** | |
|---|---|---|---|
| | State the term remaining | **36 months** | **SOTHYS USA INC** |
| | List the contract number of any government contract | | **1500 NW 94TH AVENUE**<br>**MIAMI, FL 33172** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **A/V Equipment Agreement** | |
|---|---|---|---|
| | State the term remaining | **3 years 9 months** | **SOUTH CENTRAL COMM. CORP** |
| | List the contract number of any government contract | | **PO BOX 633497**<br>**CINCINNATI, OH 45263-3497** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Kitchen Cleaning Contract** | |
|---|---|---|---|
| | State the term remaining | **1 month** | **SOUTHERN NEVADA ENVIRONMENTAL SERVICES INC** |
| | List the contract number of any | | **4616 W SAHARA #120**<br>**LAS VEGAS, NV 89102** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com　　　　　　　Best Case Bankruptcy

| Debtor 1 | **Lucky Dragon Hotel & Casino, LLC** | | Case number (*if known*) | **18-10792-LED** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **TV Service Contract** | |
|---|---|---|---|
| | State the term remaining | **month to month** | |
| | List the contract number of any government contract | | **TANGERINE GLOBAL**<br>**2665 PARK CENTER DRIVE UNIT B**<br>**Simi Valley, CA 93065** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Hospitality Modules** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **The Rainmaker Group Las Vegas, LLC**<br>**4550 North Point Parkway, Suite 400**<br>**Alpharetta, GA 30022** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Lucky Dragon Hotel & Casino, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) **18-10792-LED**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **BOFU, LLC** | **9711 Orient Express Ct**<br>**Las Vegas, NV 89145** | **Lucky Dragon, LP** | ☐ D _____<br>■ E/F   **3.107**<br>☐ G _____ |
| 2.2 **Eastern Investments, LLC** | **200 W Sahara Ave #4001**<br>**Las Vegas, NV 89102** | **Lucky Dragon, LP** | ☐ D _____<br>■ E/F   **3.106**<br>☐ G _____ |
| 2.3 **Las Vegas Economic Impact Regional Ctr** | **200 W Sahara Ave #4001**<br>**Las Vegas, NV 89102** | **Lucky Dragon, LP** | ☐ D _____<br>■ E/F   **3.108**<br>☐ G _____ |
| 2.4 **Lucky Dragon LP** | **300 W. Sahara Avenue**<br>**Las Vegas, NV 89102** | **Ainsworth Game Technology, Ltd** | ☐ D _____<br>■ E/F   **3.5**<br>☐ G _____ |
| 2.5 **Lucky Dragon LP** | **300 W. Sahara Avenue**<br>**Las Vegas, NV 89102** | **AGILYSYS NV, LLC.** | ☐ D _____<br>■ E/F   **3.2**<br>☐ G _____ |

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number *(if known)* | **18-10792-LED** |

---

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**      *Column 2:* **Creditor**

| 2.6 | **Lucky Dragon LP** | **300 W. Sahara Avenue**<br>**Las Vegas, NV 89102** | **Snow Covered**<br>**Capital, LLC** | ☐ D _____<br>■ E/F  **3.142**<br>☐ G _____ |

| 2.7 | **Lucky Dragon LP** | **300 W. Sahara Avenue**<br>**Las Vegas, NV 89102** | **Snow Covered**<br>**Capital, LLC** | ☐ D _____<br>■ E/F  **3.143**<br>☐ G _____ |

| 2.8 | **Lucky Dragon LP** | **300 W. Sahara Avenue**<br>**Las Vegas, NV 89102** | **APEX LINEN**<br>**SERVICE INC** | ☐ D _____<br>■ E/F  **3.14**<br>☐ G _____ |

| 2.9 | **Lucky Dragon LP** | **300 W. Sahara Avenue**<br>**Las Vegas, NV 89102** | **Assured Document**<br>**Destruction** | ☐ D _____<br>■ E/F  **3.16**<br>☐ G _____ |

| 2.10 | **Lucky Dragon LP** | **300 W. Sahara Avenue**<br>**Las Vegas, NV 89102** | **PDS Gaming**<br>**Corporation** | ☐ D _____<br>■ E/F  **3.124**<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **Lucky Dragon Hotel & Casino, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **18-10792-LED**

Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From  **1/01/2017** to **12/31/2017** | ■ Operating a business ☐ Other _____ | **$31,938,105.00** |
| **For year before that:** From  **1/01/2016** to **12/31/2016** | ■ Operating a business ☐ Other _____ | **$6,200,218.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.1.    **Las Vegas Chinese News Network 3552 Wynn Road Las Vegas, NV 89103** | 9/21/2017 - $4,500.00 9/29/2017 - $4,475.00 9/29/2017 - $4,500.00 | **$13,475.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

Debtor    **Lucky Dragon Hotel & Casino, LLC**                         Case number *(if known)*  **18-10792-LED**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2.  **Stratosphere**<br>**c/o American Casino Entertainment**<br>**Attn:  Phyllis Gilland**<br>**2000 Las Vegas Blvd. South**<br>**Las Vegas, NV 89104** | 9/22/2017 -<br>$4,335.33<br>10/5/2017 -<br>$2,516.88 | $6,852.21 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3.  **AGILYSYS NV, LLC.**<br>**1858 Paysphere Circle**<br>**Chicago, IL 60674** | 09/29/2017 -<br>$10,379.18<br>11/11/2017 -<br>$12,448.59<br>12/21/2017 -<br>$9,948.59 | $32,776.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4.  **APEX LINEN SERVICE INC**<br>**6375 S ARVILLE #10**<br>**LAS VEGAS, NV 89118** | 09/29/2017 -<br>$22,547.32<br>11/11/2017 -<br>$12,580.14<br>12/21/2017 -<br>$14,690.69 | $49,818.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5.  **ARISTOCRAT**<br>**DEPT 849540**<br>**LOS ANGELES, CA 90084-9540** | 09/29/2017 -<br>$4,367.21<br>10/05/2017 -<br>$5,000.00<br>10/27/2017 -<br>$5,000.00<br>11/03/2017 -<br>$5,297.50 | $14,367.21 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6.  **BALLY GAMING INC**<br>**LOCKBOX 749335**<br>**LOS ANGELES, CA 90074-9335** | 09/29/2017 -<br>$60,094.20<br>10/05/2017 -<br>$5,000.00<br>10/27/2017 -<br>$56,149.30<br>12/21/2017 -<br>$7,943.09<br>11/11/2017 -<br>$29,898.87<br>11/03/2017 -<br>$5,316.26 | $164,401.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7.  **CLEAR CHANNEL OUTDOOR INC**<br>**PO BOX 742025**<br>**LOS ANGELES, CA 90074-2025** | 09/29/2017 -<br>$9,418.28<br>11/11/2017 -<br>$10,523.00 | $19,941.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.8.  **IGT**<br>**9295 Prototype Drive**<br>**Reno, NV 89521** | 09/29/2017 -<br>$63,615.88<br>10/05/2017 -<br>$5,000.00<br>11/03/2017 -<br>$4,962.43<br>11/13/2017 -<br>$72,110.45 | $145,688.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number *(if known)* **18-10792-LED** |
|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **AMERASIAN CUISINE, LLC**<br>145 Valle Vista, Ste. K<br>Vallejo, CA 94590 | 09/29/2017 -<br>$5,000.00<br>10/05/2017 -<br>$5,000.00<br>10/27/2017 -<br>$5,000.00<br>11/29/2017 -<br>$2,500.00<br>11/03/2017 -<br>$4,464.29 | $21,964.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.10. **Econnect, Inc.**<br>8550 West Desert Inn Road<br>Las Vegas, NV 89117 | 09/29/2017 -<br>$7,600.00<br>10/27/2017 -<br>$7,600.00<br>11/03/2017 -<br>$7,600.00 | $22,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11. **LAWYER MECHANICAL SERVICES INC**<br>3036 S VALLEY VIEW BLVD<br>LAS VEGAS, NV 89102 | 09/29/2017 -<br>$11,881.96<br>11/03/2017 -<br>$11,682.46 | $23,564.42 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.12. **PMC Sales, Inc.**<br>File #55327<br>Los Angeles, CA 90074 | 9/29/2017 -<br>$10,654.28 | $10,654.58 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13. **EVER BLUE OCEAN LLC**<br>5600 SPRING MOUNTAIN RD #F<br>LAS VEGAS, NV 89146 | 09/29/2017 -<br>$2,596.00<br>10/05/2017 -<br>$4,747.00<br>10/27/2017 -<br>$1,649.44<br>11/11/2017 -<br>$9,580.04 | $18,572.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.14. **RENU OIL OF AMERICA INC**<br>PO BOX 93453<br>LAS VEGAS, NV 89193 | 09/29/2017 -<br>$3,747.06<br>12/21/2017 -<br>$8,352.52 | $12,099.58 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.15. **FIRST CLASS VENDING INC**<br>6875 SUVA STREET<br>BELL GARDENS, CA 90201 | 09/29/2017 -<br>$1,636.35<br>10/27/2017 -<br>$1,203.20<br>11/03/2017 -<br>$2,991.95<br>11/11/2017 -<br>$4,154.22<br>11/28/2017 -<br>$4,072.92 | $14,058.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number *(if known)* **18-10792-LED** |
|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.16. **SUNFOOD MARKET LLC**<br>**8715 LINDELL ROAD SUITE 150**<br>**LAS VEGAS, NV 89139** | 09/29/2017 -<br>$3,590.21<br>10/27/2017 -<br>$4,469.73<br>11/03/2017 -<br>$5,433.59<br>11/28/2017 -<br>$5,203.38 | $18,696.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17. **KINGFISHER TRADING CO INC**<br>**9320 MABEL AVE**<br>**SOUTH EL MONTE, CA 91733** | 09/29/2017 -<br>$2,846.00<br>10/05/2017 -<br>$5,941.00<br>10/27/2017 -<br>$2,966.75<br>11/28/2017 -<br>$4,442.00<br>11/03/2017 -<br>$5,716.95<br>11/11/2017 -<br>$3,492.80<br>12/21/20174 -<br>$10,756.00 | $33,315.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. **SYSCO-NEWPORT MEAT OF NV**<br>**5420 S VALLEY VIEW BLVD**<br>**LAS VEGAS, NV 89118** | 09/29/2017 -<br>$2,003.68<br>10/50/2017 -<br>$4,033.24<br>10/27/2017 -<br>$5,532.67<br>11/28/2017 -<br>$8,065.58<br>11/03/2017 -<br>$5,730.41<br>11/11/2017 -<br>$4,585.44 | $29,951.02 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. **US FOODS INC**<br>**PO BOX 101076**<br>**PASADENA, CA 91189** | 09/29/2017 -<br>$5,314.96<br>10/05/2017 -<br>$4,638.63<br>10/27/2017 -<br>$7,632.02<br>11/28/2017 -<br>$9,688.58<br>11/03/2017 -<br>$6,790.33 | $17,585.61 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. **Heaton Fontano Attorneys at Law**<br>**7285 Dean Martin Drive, Suite 180**<br>**Las Vegas, NV 89118** | 09/29/2017 -<br>$9,497.69<br>11/11/2017 -<br>$10,670.74 | $11,620.43 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor    **Lucky Dragon Hotel & Casino, LLC**                              Case number *(if known)*  **18-10792-LED**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.21. **SAHARA WEST EXECUTIVE PARK LLC**<br>**3100 W SAHARA AVE**<br>**LAS VEGAS, NV 89102** | 10/03/2017 -<br>$11,411.40<br>10/27/2017 -<br>$11,413.40<br>12/13/2017 -<br>$11,413.40 | $34,238.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Space Lease__ |
| 3.22. **ECOLAB PEST ELIMINATION**<br>**26252 NETWORK PLACE**<br>**CHICAGO, IL 60673-1262** | 10/5/2017 -<br>$14,347.70<br>11/03/2017 -<br>$2,622.66 | $16,970.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other __ |
| 3.23. **Southern Glazers Wine & Spirits**<br>**PO Box 19299**<br>**Las Vegas, NV 89132** | 10/10/2017 -<br>$14,816.74 | $14,816.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other __ |
| 3.24. **Louie's Noodle**<br>**4248 W Reno Avenue**<br>**Las Vegas, NV 89118** | 10/5/2017 -<br>$15,053.00 | $15,053.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other __ |
| 3.25. **ALWAYS CREATIVE INC**<br>**10170 W TROPICANA # 156-201**<br>**LAS VEGAS, NV 89147** | 10/13/2017 -<br>$2,000.00<br>10/27/2017 -<br>$2,000.00<br>11/08/2017 -<br>$1,400.00<br>12/15/2017 -<br>$1,825.00<br>12/06/2017 -<br>$2,300.00<br>12/01/2017 -<br>$2,150.00<br>11/24/2017 -<br>$1,400.00 | $13,075.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other __ |
| 3.26. **Las Vegas Valley Water District**<br>**1001 S. Valley View Blvd.**<br>**Las Vegas, NV 89153** | 10/13/2017 -<br>$9,278.26 | $9,278.26 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other __ |
| 3.27. **Kirvin Doak Communication**<br>**5230 W Patrick Lane**<br>**Las Vegas, NV 89118** | 10/13/2017 -<br>12,780.88<br>10/27/2017 -<br>$4,327.17<br>11/11/2017 -<br>$4,258.81 | $21,366.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other __ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Lucky Dragon Hotel & Casino, LLC**    Case number *(if known)* **18-10792-LED**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.28<br>· | **NV Energy**<br>P.O. Box 30086<br>Reno, NV 89520-3086 | **10/17/2017 -<br>$59,323.87** | **$59,323.87** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.29<br>· | **Luxenv LLC** | **10/18/2017 -<br>$41,156.65** | **$41,156.65** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.30<br>· | **SOTHYS USA INC**<br>1500 NW 94TH AVENUE<br>MIAMI, FL 33172 | **10/26/2017 -<br>$17,829.72** | **$17,829.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.31<br>· | **Breakthru Beverage Nevada, LLC**<br>1849 W. Cheyenne Avenue<br>North Las Vegas, NV 89032 | **11/10/2017 -<br>$1,152.45<br>11/10/2017 -<br>$3,136.70<br>12/08/2017 -<br>$1,519.18<br>12/12/2017 -<br>$12,181.31** | **$17,989.64** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32<br>· | **Southern Glazers of NV**<br>PO Box 19299<br>Las Vegas, NV 89132 | **11/10/2017 -<br>$26,777.50<br>12/27/2017 -<br>$5,665.85<br>12/08/2017 -<br>$8,739.26** | **$41,182.61** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.33<br>· | **Cragin & Pike**<br>2603 W. Charleston Blvd<br>Las Vegas, NV 89102 | **11/14/2017 -<br>$20,425.00<br>11/29/2017 -<br>$26,472.59<br>11/22/2017 -<br>$31,525.50** | **$78,422.79** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.34<br>· | **WW GRAINGER INC**<br>2401 WESTERN AVE<br>LAS VEGAS, NV 89102 | **10/17/2017 -<br>$4,867.53<br>11/11/2017 -<br>$1,954.23** | **$6,821.76** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.35<br>· | **INTERBLOCK USA LC**<br>PO BOX 844902<br>LOS ANGELES, CA 90084-4902 | **10/27/2017 -<br>$3,132.98<br>11/11/2017 -<br>$4,.548.76** | **$7,681.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor     **Lucky Dragon Hotel & Casino, LLC**                                                      Case number *(if known)* **18-10792-LED**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.36. | **LA SPECIALTY**<br>PO BOX 2293<br>SANTA FE SPRINGS, CA 90670 | 10/27/2017 -<br>$2,744.40<br>11/03/2017 -<br>$3,724.64<br>11/11/2017 -<br>$3,976.06<br>12/21/2017 -<br>$1,660.36 | $12,105.46 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.37. | **Spectrum Gaming Capital**<br>194 W. 40th Street<br>New York, NY 10014 | 10/27/2017 -<br>$13,141.22 | $13,141.22 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.38. | **KWONG YET LUNG CO**<br>5000 S. DECATUR BLVD<br>LAS VEGAS, NV 89118 | 11/03/2017 -<br>$6,273.05<br>11/11/2017 -<br>$16,249.95<br>11/28/2017 -<br>$6,532.36<br>12/21/2017 -<br>$19,417.23 | $48,472.59 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.39. | **Waxie Sanitary Supply**<br>PO Box 60227<br>Los Angeles, CA 90060 | 11/03/2017 -<br>$4,055.83<br>11/29/2017 -<br>$7,820.61 | $11,876.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.40. | **Lewis Roca Rothgerber Christie**<br>201 Washington Street, Suite 1200<br>Phoenix, AZ 85004-2595 | 12/21/2017 -<br>$10,000.00 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.41. | **CLIMATEC LLC**<br>770 PILOT ROAD<br>LAS VEGAS, NV 89119 | 12/21/2017 -<br>7,807.75 | $7,807.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.42. | **ERNST & YOUNG**<br>PO BOX 846793<br>LOS ANGELES, CA 90084-6793 | 12/21/2017 | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number *(if known)* **18-10792-LED** |
|---|---|---|

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5.** **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **PDS Gaming Corporation**<br>**6280 Annie Oakley Drive**<br>**Las Vegas, NV 89120-3910** | **Slot Machine Leases** | **January 4,**<br>**2018** | **Unknown** |
| **IGT**<br>**9295 Prototype Drive**<br>**Reno, NV 89521** | **Slot Machine Leases** | **January 4,**<br>**2018** | **Unknown** |

**6.** **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7.** **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|---|
| 7.1. | **Richard Slack v Lucky**<br>**Dragon Hotel & Casino, LLC,**<br>**et al.**<br>**A-18-769147-C** | **Breach of**<br>**Contract** | **District Court, Clark**<br>**County, Nevada**<br>**Regional Justice Center**<br>**200 Lewis Ave.**<br>**Las Vegas, NV 89101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Gaming Partners International**<br>**Corporation v. Lucky Dragon**<br>**Hotel & Casino, LLC**<br>**A-18-768227-C** | **Collection of**<br>**Accounts** | **District Court, Clark**<br>**County, Nevada**<br>**Regional Justice Center**<br>**200 Lewis Ave.**<br>**Las Vegas, NV 89101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number *(if known)* | **18-10792-LED** |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **BMK Professional Services LLC v. Lucky Dragon Hotel & Casino, LLC**<br>**A-17-752473-C** | **Breach of Contract** | **District Court, Clark County, Nevada**<br>**Regional Justice Center**<br>**200 Lewis Ave.**<br>**Las Vegas, NV 89101** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Schwartz Flansburg PLLC**<br>**6623 Las Vegas Blvd. South, Suite 300**<br>**Las Vegas, NV 89119** | **Attorney Fees** | | **$115,000.00** |
| | Email or website address<br>**sam@nvfirm.com** | | | |
| | Who made the payment, if not debtor? | | | |

12.  **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case

---

Official Form 207

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Debtor     **Lucky Dragon Hotel & Casino, LLC**              Case number *(if known)*  **18-10792-LED**

to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor in 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:     Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:     Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:     Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Personal information for use in its Customer Loyalty Programs**

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number *(if known)* **18-10792-LED** |
|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Hotel Patrons | | Safekeeping of personal property | $3,298.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Eastern Investments, LLC<br>200 W Sahara Ave #4001<br>Las Vegas, NV 89102 | Bank Account of Lucky Dragon LLC | Capital Contribution intended for Lucky Dragon, LP | $3,559,000.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| BOFU, LLC<br>9711 Orient Express Ct<br>Las Vegas, NV 89145 | Bank account of Lucky Dragon Hotel & Casino, LLC | Capital Contribution intended for Lucky Dragon, LP. | $18,201,000.0<br>0 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Las Vegas Economic Impact Regional Ctr<br>200 W Sahara Ave #4001<br>Las Vegas, NV 89102 | Bank account of Lucky Dragon Hotel & Casino, LLC | Capital Contribution intended for Lucky Dragon, LP | $807,054.19 |

**Part 12:    Details About Environment Information**

Debtor    **Lucky Dragon Hotel & Casino, LLC**                                    Case number *(if known)*  **18-10792-LED**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Ronnie Withaeger**<br>**Anderson Advisors**<br>**1980 Festival Plaza Drive, Suite 550**<br>**Las Vegas, NV 89135** | **2016 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **12**

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number *(if known)* | **18-10792-LED** |

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | **ERNST & YOUNG**<br>**PO BOX 846793**<br>**LOS ANGELES, CA 90084-6793** | **11/16 to 12/17** |

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.2. | **Piercy Bowler Taylor & Kerns**<br>**3100 Elton Avenue, Suite 1000**<br>**Las Vegas, NV 89107** | **11/16 to 12/31/17** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Las Vegas Economic Impact Regional Cntr | 200 W. Sahara Avenue, Suite 4001 Las Vegas, NV 89102 | Sole Manager and Member | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Debtor    **Lucky Dragon Hotel & Casino, LLC**

Case number *(if known)*    **18-10792-LED**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

### Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 28, 2018**

**/s/ Andrew S. Fonfa**
Signature of individual signing on behalf of the debtor

**Andrew S. Fonfa**
Printed name

Position or relationship to debtor    **Managing Member of Eastern Investments, LLC**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re    **Lucky Dragon Hotel & Casino, LLC**                    Case No.    **18-10792-LED**

                                                    Debtor(s)                    Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **115,000.00** |
| Prior to the filing of this statement I have received | $ | **115,000.00** |
| Balance Due | $ | **0.00** |

2.    $ __**1,717.00**__ of the filing fee has been paid.

3.    The source of the compensation paid to me was:

        ■ Debtor        ☐ Other (specify):

4.    The source of compensation to be paid to me is:

        ■ Debtor        ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

        ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

        a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
        b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
        c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
        d.    [Other provisions as needed]
                **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

| CERTIFICATION |
|---|

        I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **February 28, 2018** | **/s/ Samuel A. Schwartz. Esq.** |
| *Date* | **Samuel A. Schwartz. Esq. 10985** |
| | *Signature of Attorney* |
| | **Schwartz Flansburg PLLC** |
| | **6623 Las Vegas Blvd. South, Suite 300** |
| | **Las Vegas, NV 89119** |
| | **(702) 385-5544  Fax: (702) 385-2741** |
| | **sam@nvfirm.com** |
| | *Name of law firm* |