NVB IA-11-2BK (Rev. 2/17)

Name, Address, Telephone No., Bar Number & E-mail address
Philip M. Guess, Washington Bar No. 26765
K&L Gates, LP, 925 Fourth Avenue, #2900, Seattle, WA 98154
T: 206-370-5834/philip.guess@klgates.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:

LUCKY DRAGON HOTEL & CASINO, LLC

Debtor.

BK-18-10792-led

CHAPTER 11

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT

**EFFECTIVE JANUARY 1, 2015 FILING FEE IS $250.00**

Philip M. Guess                      , Petitioner, respectfully represents to the Court:

1. That Petitioner resides in  Seattle                 ,  Washington                  .

2. That Petitioner is an attorney at law and a member of the law firm of K&L Gates LLP                        , with offices at _____
925 Fourth Avenue, Suite 2900, Seattle, WA 98104                              
_____
_____, _____, _____

3. That Petitioner has been retained personally or as a member of the law firm by

1  EB-5 Investors of the Lucky Dragon, L.P.      to provide legal representation in connection
2  with the above-entitled case now pending before this Court.

3  4. That since <u>1997</u>          , Petitioner has been and presently is a member in good
4  standing of the bar of the highest Court of the State of <u>Washington</u>      where Petitioner
5  regularly practices law.

6  5. That Petitioner was admitted to practice before the following United States District Courts,
7  United States Circuit Court of Appeal, the Supreme Court of the United States and Courts of other
8  States on the dates indicated for each, and that Petitioner is presently a member in good standing of
   said Courts.                                          Date Admitted
9  U.S. District Court, Western District of Washington   8/13/1997
10 U.S. District Court, Eastern District of Washington   7/27/2016
11 U.S. Court of Appeals 1st Circuit                     11/25/2015
   U.S. Court of Appeals 9th Circuit                     1/5/1994
12 U.S. District Court, Northern District of California  1993

13
14 6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any
15 suspension of any license, certificate or privilege to appear before any judicial, regulatory, or
   administrative body, or any resignation or termination order to avoid disciplinary or disbarment
16 proceedings, except as described in detail below:

17 _____
18 _____
19 _____
20 _____
21 _____.

22 7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars
23 of any denied admission):
24 _____
25 _____
26 _____.

2

8. That Petitioner is a member of good standing in the following Bar Associations:

Washington State Bar Association

California State Bar Association

Oregon State Bar Association

_____

_____.

9. Petitioner or any member of Petitioner's firm (or office is firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court/Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 7/31/2015 | BK-08-17814-mkn | Nevada Bankruptcy Court | Granted |
| 2/28/2017 | BK-09-11241-mkn | Nevada Bankruptcy Court | Granted |
| 12/08/2017 | 17-cv-02870 | Nevada District Court | Granted |
| 12/14/2017 | 17-cv-02870 | Nevada District Court | Granted |

Petitioner has not applied for Pro Hac Vice admission in this jurisdiction in the last 3 years. The above cases disclose members of the Petitioner's firm who have applied for and been ~~granted Pro Hac Vice admission in the last 3 years.~~ One additional member of the Petitioner's firm, in her capacity as a representative of the Dept. of Justice, applied for and was (If necessary, please attach a statement of additional applications) granted admission in multiple cases in this jurisdiction.

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

DATED: 03/06/2018

_____
Petitioner's Signature

3

```
1  STATE OF Washington    )
                          )
2  COUNTY OF King         )

3

4  Philip M. Guess        , Petitioner, being first duly sworn, deposes and says:
   That the foregoing statements are true.
```

_____
Petitioner's Signature

(SEAL)

Subscribed and sworn to me before this

6th day of March, 2018.

_____ Notary public
Suzanne M. Petersen
Residing at: Bothell, WA

4