Nicholas Strozza, Assistant United States Trustee
State Bar No.: CA 117234
Edward M. McDonald Jr., Attorney
State Bar No.: NY 4126009
*edward.m.mcdonald@usdoj.gov*
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Tel.: (702) 388-6600, Ext. 234
Fax: (702) 388-6658
**Attorneys for the United States Trustee for Region 17**
    **TRACY HOPE DAVIS**

E-Filed: March 8, 2018

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

**LUCKY DRAGON HOTEL & CASINO, LLC,**
    Debtor.

**LUCKY DRAGON, LP,**

    Debtor.

CASE NO: BK-**S-18-10792**-LED

**Joint Administration with:**
CASE NO: BK-**S-18-10850**-LED

Chapter 11

### APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Pursuant to 11 U.S.C. §§ 1102(a), Tracy Hope Davis, the United States Trustee for Region 17, hereby appoints the following unsecured creditors to be members of the official committee of unsecured creditors in the above captioned cases:

1. **Aristocrat**
   Attn: Darrell Horton
   7230 Amigo Street
   Las Vegas, NV 89119

2. **Gaming Partners International USA**
   Attn: Andrew Howard
   3945 W. Cheyenne Avenue, Suite 208
   North Las Vegas, NV 89148

Dated: March 8, 2018        Respectfully submitted,
                            **TRACY HOPE DAVIS**
                            **UNITED STATES TRUSTEE, REGION 17**
                            By: */s/ Edward M. McDonald Jr.*
                                Edward M. McDonald Jr., Esq.
                                Attorney for the United States Trustee

1