E-filed on ___March 23, 2018___

**Samuel A. Schwartz.
Esq. 10985**
_____
Name

**10985 NV**
_____
Bar Code #

**6623 Las Vegas Blvd.
South, Suite 300
Las Vegas, NV 89119**
_____
Address

**(702) 385-5544**
_____
Phone Number

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:   **Lucky Dragon Hotel & Casino, LLC**

Case No.: **18-10792-LED**

Chapter: **11**

Trustee  _____

_____ Debtor(s)

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- ☐ Voluntary Petition (specify reason for amendment)
- ☐ Summary of Schedules
- ☐ Statistical Summary of Certain Liabilities
- ☐ Schedule A - Real Property
- ☐ Schedule B - Personal Property
- ☐ Schedule C - Property Claimed as exempt
- ☑ Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
    - ☐ Add/delete creditor(s), change amount or classification of debt - **$31.00 Fee required**
    - ☑ Add/change address of already listed creditor - **No fee**
- ☑ Schedule G - Schedule of Executory Contracts and Unexpired Leases
- ☑ Schedule H - CoDebtors
- ☐ Schedule I - Current Income of Individual Debtor(s)
- ☐ Schedule J - Current Expenditures of Individual Debtor(s)
- ☐ Declaration Concerning Debtor's Schedules
- ☐ Statement of Financial Affairs and/or Declaration
- ☐ Chapter 7 Individual Debtor's Statement of Intention
- ☐ Disclosure of Compensation of Attorney for Debtor(s)
- ☐ Statement of Current Monthly Income and Means Test Calculation
- ☐ Certification of Credit Counseling
- ☐ Other: __

E-filed on    **March 23, 2018**

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

**/s/ Andrew S. Fonfa**
_____
 Andrew S. Fonfa
**Debtor's Signature**
**Date:** **March 23, 2018**
_____

**Fill in this information to identify the case:**

Debtor name **Lucky Dragon Hotel & Casino, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) **18-10792-LED**

■ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:      List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:      List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**AAF FLANDERS**<br>**24828 NETWORK PL**<br>**CHICAGO, IL 60673**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Business Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$100.93** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**AGILYSYS NV, LLC.**<br>**1858 Paysphere Circle**<br>**Chicago, IL 60674**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Business Debt of Lucky Dragon LP**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$43,931.45** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**AGS**<br>**5475 S. Decatur Blvd., Suite 100**<br>**Las Vegas, NV 89118**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Dai Baccarat table game**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**AGS**<br>**5475 S. Decatur Blvd., Suite 100**<br>**Las Vegas, NV 89118**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Baccarat Sign**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number (if known) | **18-10792-LED** |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ainsworth Game Technology, Ltd**
**5800 Rafael Rivera Way**
**Las Vegas, NV 89118**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Busniess Debt of Lucky Dragon LP**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**ALLURE HOA**
**200 W SAHARA AVE**
**LAS VEGAS, NV 89102**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt of Lucky Dragon LP**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$165.00** |
|---|---|---|---|

**ALWAYS CREATIVE INC**
**10170 W TROPICANA # 156-201**
**LAS VEGAS, NV 89147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,327.06** |
|---|---|---|---|

**AMADEUS HOSPITALITY AMERICAS**
**14000 SW 119TH AVE**
**MIAMI, FL 33186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$91.96** |
|---|---|---|---|

**AMAZON**
**PO Box 81226**
**Seattle, WA 98108-1226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$68,210.02** |
|---|---|---|---|

**AMERASIAN CUISINE, LLC**
**145 Valle Vista, Ste. K**
**Vallejo, CA 94590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Food & Beverage**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,188.27** |
|---|---|---|---|

**AMERICAN HOTEL REGISTER CO.**
**PO BOX 206720**
**DALLAS HILLS, TX 75320-6720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number (if known) | **18-10792-LED** |
|---|---|---|---|
| | Name | | |

**3.12** Nonpriority creditor's name and mailing address
**AMERICAN PRINTING**
**1512 Fremont Street**
**Las Vegas, NV 89101**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                   **$6,482.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Marketing__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address
**AMERICAN TOXICOLOGY INC**
**3340 SUNRISE AVE STE 105**
**LAS VEGAS, NV 89101**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                   **$635.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address
**APEX LINEN SERVICE INC**
**6375 S ARVILLE #10**
**LAS VEGAS, NV 89118**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                   **$37,676.79**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Business Debt of Lucky Dragon LP__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address
**ARISTOCRAT**
**DEPT 849540**
**LOS ANGELES, CA 90084-9540**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                   **$46,980.91**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address
**Assured Document Destruction**
**8050 Arville Street, Suite 105**
**Las Vegas, NV 89139**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** Nonpriority creditor's name and mailing address
**BALLY GAMING INC**
**LOCKBOX 749335**
**LOS ANGELES, CA 90074-9335**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                   **$101,364.84**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address
**BENEFIT ADMIN SRV INT CORP**
**2980 N CAMPBELL AVE STE 140**
**TUCSON, AZ 85719**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                   **$2,271.49**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number (if known) | **18-10792-LED** |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address

**BOOKING.COM**
PO BOX 414462
BOSTON, MA 02241-4462

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$2,761.11

---

**3.20** | Nonpriority creditor's name and mailing address

**BrightView Lanscape Services, Inc**
4021 W Carey Avenue
North Las Vegas, NV 89032

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Landscape Services Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.21** | Nonpriority creditor's name and mailing address

**BROADCAST MUSIC INC**
PO BOX 630893
CINCINNATI, OH 45263-0893

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$684.00

---

**3.22** | Nonpriority creditor's name and mailing address

**BROWNSTEIN HYATT FARBER SCHREC**
100 North City Parkway
Las Vegas, NV 89106

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$8,081.41

---

**3.23** | Nonpriority creditor's name and mailing address

**CARL'S DONUTS INC**
6350 SUNSET CORPORATE DRIVE
LAS VEGAS, NV 89120

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Food & Beverage**

Is the claim subject to offset? ■ No  ☐ Yes

$748.20

---

**3.24** | Nonpriority creditor's name and mailing address

**CASSANDRA CHEUNG**
PO BOX 80724
LAS VEGAS, NV 89180

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consultant**

Is the claim subject to offset? ■ No  ☐ Yes

$711.04

---

**3.25** | Nonpriority creditor's name and mailing address

**CENTRAL CREDIT**
PO BOX 60028
CITY OF INDUSTRY, CA 91716-0028

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$2,210.00

---

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | | Case number *(if known)* | **18-10792-LED** |
|---|---|---|---|---|
| | Name | | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$752,454.91** |
|---|---|---|---|
| | CENTURYLINK<br>P.O. Box 4300<br>Carol Stream, IL 90197 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: __Utilities__ | |
| | **Last 4 digits of account number** _Multiple Accounts_ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,529.73** |
|---|---|---|---|
| | CHRYSLER CAPITAL<br>8585 N STEMMONS FWY<br>DALLASA, TX 75247 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: __Business Debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,288.65** |
|---|---|---|---|
| | CHUNG CHOU CITY LV INC<br>4049 SPRING MOUNTAIN ROAD<br>LAS VEGAS, NV 89102 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: __Business Debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41.50** |
|---|---|---|---|
| | CLARK COUNTY DEPT  OF AVIATION<br>FINANCE DIVISION<br>LAS VEGAS, NV 89111-1005 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: __Business Debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$143,972.72** |
|---|---|---|---|
| | CLARK COUNTY TREASURER<br>500 S GRAND CENTRAL PKWY 32<br>LAS VEGAS, NV 89155 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: __Taxes__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,339.80** |
|---|---|---|---|
| | CLEAN THE WORLD<br>PO BOX 533838<br>ORLANDO, FL 32853 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: __Business Debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,717.52** |
|---|---|---|---|
| | CLEAR CHANNEL OUTDOOR INC<br>PO BOX 742025<br>LOS ANGELES, CA 90074-2025 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: __Business Debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number (if known) | **18-10792-LED** |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address

**CLIMATEC LLC**
**770 PILOT ROAD**
**LAS VEGAS, NV 89119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$9,485.50

---

**3.34** | Nonpriority creditor's name and mailing address

**CNA Surety**
**333 South Wabash**
**Chicago, IL 60604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.35** | Nonpriority creditor's name and mailing address

**Comb Brothers**
**5821 West Verde Way**
**Las Vegas, NV 89130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Recycling, Asset Recovery and Oil Filtering Service Agreement**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.36** | Nonpriority creditor's name and mailing address

**CONCENTRA**
**PO BOX 9010**
**BROOMFIELD, CO 80021-9010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$3,345.00

---

**3.37** | Nonpriority creditor's name and mailing address

**CREATIVE CANDLE LIGHTING OF LV**
**3555 S. HIGHLAND DR SUITE 10**
**LAS VEGAS, NV 89103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$732.85

---

**3.38** | Nonpriority creditor's name and mailing address

**Creative Manager, Inc.**
**721 Auth Avenue**
**Oakhurst, NJ 07755**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Workamajig Information, Documents, Images and Software**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.39** | Nonpriority creditor's name and mailing address

**CREATIVE PRINTING INC**
**6415 KARMS PARK COURT**
**LAS VEGAS, NV 89118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing**

Is the claim subject to offset? ■ No ☐ Yes

$123.03

---

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number (if known) | **18-10792-LED** |
|---|---|---|---|
| | Name | | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,572.81** |
|---|---|---|---|

**CUMMINS ALLISON CORP**
**PO BOX 339**
**MT PROSPECT, IL 60056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,335.26** |
|---|---|---|---|

**CUSTOM STORAGE INC**
**PO BOX 843838**
**DALLAS, TX 75284-3838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,425.25** |
|---|---|---|---|

**CYXTERA**
**13322 COLLECTION CENTER DR**
**CHICAGO, IL 60693-0133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$170.72** |
|---|---|---|---|

**DAVID FILTER**
**4171 S MARYLAND PKWY**
**LAS VEGAS, NV 89119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consultant**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45.00** |
|---|---|---|---|

**DC HOST SERVICES LLC**
**4443 COLLINGWOOD STREET**
**LAS VEGAS, NV 89147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,500.98** |
|---|---|---|---|

**DEQ Systems Corp**
**735 Bermuda Road, Suite G**
**Las Vegas, NV 89119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EZ Baccarat Tables, EZ Trak System, EZ Pai Gow Tables**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Desert Fire Protection, L.P.**
**5040 Sobb Avenue**
**Las Vegas, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Fire Protection Equipment Inspection**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number (if known) | **18-10792-LED** |
|---|---|---|---|
| | Name | | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Diamond Mountain Distributors**
**7440 Commercial Way**
**Henderson, NV 89011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service Agreement for used Playing Cards**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11.96** |
|---|---|---|---|

**DS SERVICES OF AMERICA INC**
**PO BOX 660579**
**DALLAS, TX 75266-0579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$640.00** |
|---|---|---|---|

**DUVOICE**
**608 STATE ST S #100**
**KIRKLAND, WA 98033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,754.30** |
|---|---|---|---|

**EARTH COLOR HOUSTON INC**
**7021 PORTWEST SUITE 190**
**HOUSTON, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$800.00** |
|---|---|---|---|

**EATON CORPORATION**
**PO BOX 93531**
**CHICAGO, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$270.40** |
|---|---|---|---|

**ECOLAB FOOD SAFETY**
**SPECIALTIES INC**
**FORT WORTH, TX 76118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ecolab Inc.**
**c/o The Corporation Trust Company of NV**
**Registered Agent**
**701 S. Carson Street, Suite 200**
**Carson City, NV 89701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Dishmachine Lease and water softner lease agreements**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number (if known) | **18-10792-LED** |
|---|---|---|---|
| | Name | | |

| 3.54 | **Nonpriority creditor's name and mailing address**<br>**ECOLAB PEST ELIMINATION**<br>**26252 NETWORK PLACE**<br>**CHICAGO, IL 60673-1262** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,560.18** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  Maintenance<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address**<br>**ELAN OFFICE SYSTEMS**<br>**4675 W TECO AVE**<br>**LAS VEGAS, NV 89118** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,250.63** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address**<br>**EMPLOYERS UNITY LLC**<br>**PO BO 173836**<br>**DENVER, CO 80217-3836** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,410.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address**<br>**ENTERTAINMENT BENEFITS GROUP**<br>**19495 BISCAYNE BLVD SUITE 300**<br>**AVENTURA, FL 33180** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,988.99** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address**<br>**ERNST & YOUNG**<br>**PO BOX 846793**<br>**LOS ANGELES, CA 90084-6793** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$45,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  Consultant<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address**<br>**EVER BLUE OCEAN LLC**<br>**5600 SPRING MOUNTAIN RD #F**<br>**LAS VEGAS, NV 89146** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,625.71** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address**<br>**Everi**<br>**7250 S Tenaya Way, Ste 100**<br>**Las Vegas, NV 89113** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:**  Gaming Software Licensing Agreement<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Lucky Dragon Hotel & Casino, LLC**
Name

Case number (if known)    **18-10792-LED**

| | | |
|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address** | **$189,115.63** |
| | **EVERI PAYMENTS INC**<br>**PO BOX 206036**<br>**DALLAS, TX 75320-6036** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address** | **$561.25** |
| | **EXPERIAN**<br>**PO BOX 881971**<br>**LOS ANGELES, CA 90088-1971** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.63 | **Nonpriority creditor's name and mailing address** | **$60.73** |
| | **FED EX**<br>**PO BOX 7221**<br>**PASADENA, CA 91109-7321** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Courier** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.64 | **Nonpriority creditor's name and mailing address** | **$15,202.32** |
| | **FIRST CLASS VENDING INC**<br>**6875 SUVA STREET**<br>**BELL GARDENS, CA 90201** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.65 | **Nonpriority creditor's name and mailing address** | **$3,383.50** |
| | **FISHER PHILLIPS**<br>**300 S FOURTH STREET SUITE 1500**<br>**LAS VEGAS, NV 89101** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.66 | **Nonpriority creditor's name and mailing address** | **Unknown** |
| | **Food Pantry, Ltd. dba Accents**<br>**3536 Harding Avenue**<br>**Honolulu, HI 96816** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Hotel Gift & Sundries Shop Lease** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address** | **$2,344.70** |
| | **FREDI & SONS INC**<br>**1 VITALE LANE**<br>**FOOTHILL RANCH, CA 92610** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number (if known) | **18-10792-LED** |
|---|---|---|---|
| | Name | | |

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,976.11

**FREEDOM MEATS**
**2955 WESTWOOD DRIVE**
**LAS VEGAS, NV 89109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Food & Beverage**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,099.70

**G2 GRAPHIC SERVICE**
**5510 CLEON AVENUE**
**NORTH HOLLYWOOD, CA 91601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87,938.69

**GAMING PARTNERS INTERNATIONAL**
**3945 WEST CHEYENNE AVE**
**NORTH LAS VEGAS, NV 89032**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Garda CL West, Inc.**
**1685 Palm Street**
**Las Vegas, NV 89104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Armored Car Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,553.69

**GET FRESH SALES INC**
**6745 S ESCONDIDO ST**
**LAS VEGAS, NV 89119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Food & Beverage**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $759.92

**GILLS PRINTING & COLOR GRAPHIC**
**PO BOX 97598**
**LAS VEGAS, NV 89193-7598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Marketing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**GoConcierge**
**c/o Alice**
**18757 Burbank Blvd, Ste 212**
**Tarzana, CA 91356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Hospitality Operations Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number _(if known)_ | **18-10792-LED** |
|---|---|---|---|
| | Name | | |

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$655.46**

**GREAT BUNS BAKERY**
**3270 E. TROPICANA**
**LAS VEGAS, NV 89121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Food & Beverage**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$582.62**

**HD SUPPLY FACILITIES MAINT.LTC**
**4825 E CHEYENNE AVENUE**
**LAS VEGAS, NV 89115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Maintenance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$11,724.00**

**HELEN QUAN**
**8141 BAY HARBOR DR**
**LAS VEGAS, NV 89128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consultant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$841.00**

**HTA PLUMBING & MECHANICAL**
**2049 PABCO ROAD**
**HENDERSON, NV 89011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Maintenance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **Unknown**

**IGT**
**9295 Prototype Drive**
**Reno, NV 89521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$1,975.00**

**INNSIGHT REPORTS, LLC**
**11828 LA GRANGE AVE**
**LOS ANGELES, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$2,857.22**

**INTERBLOCK USA LC**
**PO BOX 844902**
**LOS ANGELES, CA 90084-4902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number *(if known)* | **18-10792-LED** |
|---|---|---|---|
| | Name | | |

---

**3.82** | Nonpriority creditor's name and mailing address

**INTERFLEX PAYMENT LLC**
**2508 HIGHLANDER WAY SUITE 200**
**CARROLLTON, TX 75006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$270.75**

---

**3.83** | Nonpriority creditor's name and mailing address

**INTERIOR FASHIONS LLC**
**3250 SIRIUS AVE SUITE FRONT**
**LAS VEGAS, NV 89102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,913.97**

---

**3.84** | Nonpriority creditor's name and mailing address

**INTERNATIONAL GAMING TECHNOLOG**
**9295 PROTOTYPE DRIVE**
**RENO, NV 89521**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$544,444.36**

---

**3.85** | Nonpriority creditor's name and mailing address

**INTERSTATE HOTEL INSTALLATION**
**1550 HELM DR SUITE 140**
**LAS VEGAS, NV 89119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Business Debt of Lucky Dragon LP**

Is the claim subject to offset? ■ No ☐ Yes

**$9,243.65**

---

**3.86** | Nonpriority creditor's name and mailing address

**JACKSON LEWIS P.C.**
**P.O.BOX 416019**
**BOSTON, MA 02241-6019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consultant**

Is the claim subject to offset? ■ No ☐ Yes

**$329.00**

---

**3.87** | Nonpriority creditor's name and mailing address

**JAK ENTERPRISES INC**
**4248 W RENO AVE**
**LAS VEGAS, NV 89118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,094.00**

---

**3.88** | Nonpriority creditor's name and mailing address

**JAYRALD SUMALINOG ADOL**
**6649 Topley Pike Avenue**
**Las Vegas, NV 89139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consultant**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number *(if known)* | **18-10792-LED** |
|---|---|---|---|
| | Name | | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $626.55 |
|---|---|---|---|

**JCM GLOBAL**
**925 PILOT ROAD**
**LAS VEGAS, NV 89119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $761.00 |
|---|---|---|---|

**JFC INTERNATIONAL**
**7101 E SLAUSON AVE**
**LOS ANGELES, CA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,796.84 |
|---|---|---|---|

**JOHNSON BUSINESS MACHINES INC**
**3150 S PROCYON STREET**
**LAS VEGAS, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,000.00 |
|---|---|---|---|

**KA HONG AU YEUNG**
**5F NO2 ALY 3 LN 59 SEC 1**
**TAIPEI CITY 116 TAIWAN ROC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consultant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,317.50 |
|---|---|---|---|

**KAESER & BLAIR INC**
**4236 GRISSOM DR**
**BATAVIA, OH 45103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,119.20 |
|---|---|---|---|

**KINGFISHER TRADING CO INC**
**9320 MABEL AVE**
**SOUTH EL MONTE, CA 91733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,836.74 |
|---|---|---|---|

**KWONG YET LUNG CO**
**5000 S. DECATUR BLVD**
**LAS VEGAS, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number *(if known)* | **18-10792-LED** |
|---|---|---|---|
| | Name | | |

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,401.60**

**LA SPECIALTY**
PO BOX 2293
SANTA FE SPRINGS, CA 90670

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Las Vegas Chinese News Network**
3552 Wynn Road
Las Vegas, NV 89103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,575.28**

**LAS VEGAS MUTUAL TRADING**
2955 LINCOLN RD
LAS VEGAS, NV 89002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Las Vegas Valley Water District**
1001 S. Valley View Blvd.
Las Vegas, NV 89153

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **5354**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$323.92**

**LAWSON PRODUCTS**
PO BOX 809401
CHICAGO, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,364.92**

**LAWYER MECHANICAL SERVICES INC**
3036 S VALLEY VIEW BLVD
LAS VEGAS, NV 89102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$540.10**

**LESLIE'S POOLMART INC**
6470 BOULDER HWY STE B
LAS VEGAS, NV 89122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Lucky Dragon Hotel & Casino, LLC**                    Case number (if known)    **18-10792-LED**
_____
Name

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,230,190.00 |
|---|---|---|---|

**Lucky Dragon, LP**
**200 W. Sahara Avenue, Suite 4001**
**Las Vegas, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim:  __Promissory Note__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lucky Dragon, LP**
**200 W. Sahara Avenue, Suite 4001**
**Las Vegas, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __License Fee__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,900,000.00 |
|---|---|---|---|

**Lucky Dragon, LP**
**200 W. Sahara Avenue, Suite 4001**
**Las Vegas, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Intercompany Claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,559,000.00 |
|---|---|---|---|

**Lucky Dragon, LP**
**200 W. Sahara Avenue, Suite 4001**
**Las Vegas, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Eastern Investment, LLC's Capital Contribution Owed to Lucky Dragon LP__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,201,000.00 |
|---|---|---|---|

**Lucky Dragon, LP**
**200 W. Sahara Avenue, Suite 4001**
**Las Vegas, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Bofu, LLC's Capital Contribution to Lucky Dragon, LP__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $807,054.19 |
|---|---|---|---|

**Lucky Dragon, LP**
**200 W. Sahara Avenue, Suite 4001**
**Las Vegas, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Las Vegas Economic Impact Regional Center's Captial Contribution to Lucky Dragon, LP__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,081.00 |
|---|---|---|---|

**MAGIC GOURMET TRADING INC**
**375 ADRIAN ROAD**
**MILLBRAE, CA 94030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Business Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number (if known) | **18-10792-LED** |
|---|---|---|---|
| | Name | | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,783.75 |
|---|---|---|---|

**MAJESTIC MIRROR & FRAME**
**745 NW 79 STREET**
**MIAMI, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Maintenance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $746.34 |
|---|---|---|---|

**MING WEI YANG**
**5225 4000 NO 3 ROAD**
**RICHMOND BC V6X0J8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consultant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,744.35 |
|---|---|---|---|

**NATIONAL CRED-A-CHK INC**
**2240 SUNSET BLVD**
**SAN DIEGO, CA 92103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $438.67 |
|---|---|---|---|

**NEDCO SUPPLY**
**4200 WEST SPRING MOUNTAIN RD**
**LAS VEGAS, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nevada Gaming Control Board**
**555 East Washington Avenue**
**Las Vegas, NV 89101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**NV Energy**
**P.O. Box 30086**
**Reno, NV 89520-3086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **3868**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $114.48 |
|---|---|---|---|

**ODS CHAUFFEURED TRANSPORTATION**
**4675 WYNN ROAD**
**LAS VEGAS, NV 89103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Lucky Dragon Hotel & Casino, LLC**                                Case number *(if known)*    **18-10792-LED**

Name

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$231.15** |

**OFFICE DEPOT**
**PO BOX 70025**
**LOS ANGELES, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Office Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$354.00** |

**OPEN TABLE**
**PO BOX 8395**
**PASADENA, CA 91109-8395**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$440.00** |

**ORION CHANDELIER INC**
**2202 SOUTH WRIGHT STREET**
**SANTA ANA, CA 92705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,930.15** |

**P&R PAPER SUPPLY COMPANY INC**
**1898 EAST COLTON AVE**
**REDLANDS, CA 92373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Pacific Showcase**
**4555 Procyon Street**
**Las Vegas, NV 89103**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business Debt of Lucky Dragon LP__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Paycom Payroll, LLC**
**7501 W. Memorial Road**
**Oklahoma City, OK 73142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Payroll Service__
__Business Debt of Lucky Dragon LP__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |

**PCNA CONSULTING GROUP INC**
**7935 BADURA AVE SUITE 1045**
**LAS VEGAS, NV 89113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number (if known) | **18-10792-LED** |
|---|---|---|---|

Name

| | |
|---|---|
| 3.124 | **Nonpriority creditor's name and mailing address** |
| | **PDS Gaming Corporation** |
| | **6280 Annie Oakley Drive** |
| | **Las Vegas, NV 89120-3910** |

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equipment Leases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.125 | **Nonpriority creditor's name and mailing address** |
| | **PITNEY BOWES GLOBAL FIN SRVC** |
| | **PO BOX 371887** |
| | **PITTSBURGH, PA 15250-7887** |

As of the petition filing date, the claim is: *Check all that apply.*   **$140.03**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.126 | **Nonpriority creditor's name and mailing address** |
| | **Plan C Group, Inc. dba PCA** |
| | **108 West 2nd Street, Suite 108** |
| | **Los Angeles, CA 90012** |

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Marketing Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.127 | **Nonpriority creditor's name and mailing address** |
| | **PREDICTIVE LEADERSHIP SOLUTION** |
| | **PO BOX 93983** |
| | **LAS VEGAS, NV 89195-0013** |

As of the petition filing date, the claim is: *Check all that apply.*   **$660.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.128 | **Nonpriority creditor's name and mailing address** |
| | **Quality One Pool Management** |
| | **3217 W. Tomkins Avenue** |
| | **Las Vegas, NV 89103** |

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.129 | **Nonpriority creditor's name and mailing address** |
| | **Rainmaker Group Las Vegas, LLC** |
| | **3763 Howard Hughes Pkwy** |
| | **Las Vegas, NV 89169** |

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cloud Based Revenue Management Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.130 | **Nonpriority creditor's name and mailing address** |
| | **RED BULL** |
| | **PO BOX 204750** |
| | **DALLAS, TX 75320** |

As of the petition filing date, the claim is: *Check all that apply.*   **$1,152.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Food & Beverage**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number (if known) | **18-10792-LED** |
|---|---|---|---|
| | Name | | |

---

**3.131** | Nonpriority creditor's name and mailing address
**RENU OIL OF AMERICA INC**
**PO BOX 93453**
**LAS VEGAS, NV 89193**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $7,091.81
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address
**Republic Services**
**PO Box 98508**
**Las Vegas, NV 89193-8508**

Date(s) debt was incurred _

Last 4 digits of account number  **0400**

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilties**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.133** | Nonpriority creditor's name and mailing address
**REYES COCA-COLA BOTTLING LLC**
**PO BOX 740214**
**LOS ANGELES, CA 90074-0214**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $6,271.03
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Food & Beverage**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.134** | Nonpriority creditor's name and mailing address
**Richard Slack**
**c/o Christian Gabroy, Esq.**
**Gabroy Law Offices**
**170 South Green Valley Parkway, Suite 28**
**Henderson, NV 89012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Lawsuit**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address
**RSVP PARTY RENTALS**
**445 S. VALLEY VIEW SUITE 7**
**LAS VEGAS, NV 89103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $1,342.73
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.136** | Nonpriority creditor's name and mailing address
**SAFLOK**
**PO BOX 890247**
**CHARLOTTE, NC 28289-0247**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $125.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.137** | Nonpriority creditor's name and mailing address
**SAHARA WEST EXECUTIVE PARK LLC**
**3100 W SAHARA AVE**
**LAS VEGAS, NV 89102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $11,411.40
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Office Leases for Suite 204, 207 - 3100 W. Sahara**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number (if known) | **18-10792-LED** |
| --- | --- | --- | --- |
| | Name | | |

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,531.17** |
| --- | --- | --- | --- |
| | **SANTA MONICA SEAFOOD** | ☐ Contingent | |
| | **18531 S BROADWICK ST** | ☐ Unliquidated | |
| | **RANCHO DOMINGUEZ, CA 90220** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Food & Beverage** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$378.88** |
| --- | --- | --- | --- |
| | **SCREAMING IMAGES LLC** | ☐ Contingent | |
| | **6975 S DECATUR BLVD #130** | ☐ Unliquidated | |
| | **LAS VEGAS, NV 89118** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$585.36** |
| --- | --- | --- | --- |
| | **SECTRAN SECURITY INC** | ☐ Contingent | |
| | **PO BOX 227267** | ☐ Unliquidated | |
| | **LOS ANGELES, CA 90022-0967** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Security** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$617.53** |
| --- | --- | --- | --- |
| | **SESAC** | ☐ Contingent | |
| | **PO BOX 900013** | ☐ Unliquidated | |
| | **RALEIGH, NC 27675-9013** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,500.00** |
| --- | --- | --- | --- |
| | **SIMMONS GROUP NEVADA, LLC** | ☐ Contingent | |
| | **6841 S EASTERN AVE, STE 103** | ☐ Unliquidated | |
| | **LAS VEGAS, NV 89119** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |
| | **Snow Covered Capital, LLC** | ☐ Contingent | |
| | **1555 Pacific Ave** | ☐ Unliquidated | |
| | **San Francisco, CA 94109** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **300 W Sahara Avenue** | |
| | Last 4 digits of account number _ | **Las Vegas, NV 89102** | |
| | | **APN: 162-04-816-001** | |
| | | **Property operates as the Lucky Dragon Hotel & Casino.** | |
| | | **Lucky Dragon Hotel & Casino, LLC leases the Property from the Debtor.** | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number *(if known)* | **18-10792-LED** |
|---|---|---|---|
| | Name | | |

---

**3.144** Nonpriority creditor's name and mailing address

**Snow Covered Capital, LLC**
**1555 Pacific Ave**
**San Francisco, CA 94109**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **300 W Sahara Avenue**
**Las Vegas, NV 89102**
**APN: 162-04-816-001**
**Property operates as the Lucky Dragon Hotel & Casino.**
**Lucky Dragon Hotel & Casino, LLC leases the Property from the**
**Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.145** Nonpriority creditor's name and mailing address

**SNYDERS BEVERAGE**
**PO BOX 98294**
**LAS VEGAS, NV 89193-8294**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Food & Beverage**

Is the claim subject to offset? ■ No  ☐ Yes

**$169.91**

---

**3.146** Nonpriority creditor's name and mailing address

**SOHO MYRIAD INC**
**1250 MENLO DRIVE NW SUITE C**
**ATLANTA, GA 30318**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,712.33**

---

**3.147** Nonpriority creditor's name and mailing address

**SOTHYS USA INC**
**1500 NW 94TH AVENUE**
**MIAMI, FL 33172**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Business Debt of Lucky Dragon LP**

Is the claim subject to offset? ■ No  ☐ Yes

**$68,404.38**

---

**3.148** Nonpriority creditor's name and mailing address

**SOUTH CENTRAL COMM. CORP**
**PO BOX 633497**
**CINCINNATI, OH 45263-3497**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,326.00**

---

**3.149** Nonpriority creditor's name and mailing address

**SOUTHERN NEVADA ENVIRONMENTAL**
**SERVICES INC**
**4616 W SAHARA #120**
**LAS VEGAS, NV 89102**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,650.00**

---

**3.150** Nonpriority creditor's name and mailing address

**SOUTHERN NEVADA HEALTH DIST**
**PO BOX 845688**
**LOS ANGELES, CA 90084-5688**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$227.00**

---

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number (if known) | **18-10792-LED** |
|---|---|---|---|
| | Name | | |

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,948.45 |
|---|---|---|---|

**SOUTHWEST GAS**
**PO BOX 98890**
**LAS VEGAS, NV 89193-8890**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __5133__

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**STATE RESTAURANT EQUIPMENT CO**
**3163 S HIGHLAND**
**LAS VEGAS, NV 89109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,205.84 |
|---|---|---|---|

**STEP SAVER INC**
**1901 WEST 2425 SOUTH**
**WOODS CROSS, UT 84087**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $23,947.14 |
|---|---|---|---|

**SUNFOOD MARKET LLC**
**8715 LINDELL ROAD SUITE 150**
**LAS VEGAS, NV 89139**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Food & Beverage__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,600.00 |
|---|---|---|---|

**SUNSHINE PUBLISHING INC**
**4215 SPRING MOUNTAIN RD**
**LAS VEGAS, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Marketing__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $119,703.06 |
|---|---|---|---|

**SURVEILLANCE SYSTEMS**
**4465 GRANITE DR # 700**
**ROCKLIN, CA 95677**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Security__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $33,307.55 |
|---|---|---|---|

**SYSCO-NEWPORT MEAT OF NV**
**5420 S VALLEY VIEW BLVD**
**LAS VEGAS, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Food & Beverage__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Lucky Dragon Hotel & Casino, LLC**

Name

Case number *(if known)*    **18-10792-LED**

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**TANGERINE GLOBAL**
**2665 PARK CENTER DRIVE UNIT B**
**Simi Valley, CA 93065**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$660.00** |
|---|---|---|---|

**TAWA NEVADA INC**
**6281 REGIO AVE**
**BUENA PARK, CA 90620**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,254.59** |
|---|---|---|---|

**TCS JOHN HUXLEY AMERICA INC**
**6171 MCLEOD DR STE M**
**LAS VEGAS, NV 89120-4409**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$71.12** |
|---|---|---|---|

**TECH ART INC**
**4185 W TECO AVE**
**LAS VEGAS, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,172.00** |
|---|---|---|---|

**TEKVISIONS INC**
**40970 ANZA ROAD**
**TEMECULA, CA 92592**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,460.00** |
|---|---|---|---|

**THE BUREAU OF NATIONAL AFFAIRS**
**PO BOX 17009**
**BALTIMORE, MD 21297-1009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
|---|---|---|---|

**THE RAINMAKER**
**4550 NORTH POINT PARKWAY #400**
**ALPHARETTA, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Business Debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number (if known) | **18-10792-LED** |
|---|---|---|---|
| | Name | | |

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $374.74 |
|---|---|---|---|

**THE STANDARD**
PO Box 5203
Portland, OR 97208-9981

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,891.16 |
|---|---|---|---|

**THE WASSERSTROM COMPANY**
477 S. FONT ST
COLUMBUS, OH 43215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $295.11 |
|---|---|---|---|

**ULINE INC**
PO BOX 88741
CHICAGO, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,779.08 |
|---|---|---|---|

**US FOODS INC**
PO BOX 101076
PASADENA, CA 91189

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Food & Beverage**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $937.43 |
|---|---|---|---|

**VERIZON**
PO BOX 660108
DALLAS, TX 75266-0108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $86.60 |
|---|---|---|---|

**VSR INDUSTRIES INV**
6190 MOUNTAIN VISTA STREET
HENDERSON, NV 89014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,411.26 |
|---|---|---|---|

**WAXIE SANITARY SUPPLY**
PO BOX 60227
LOS ANGELES, CA 90060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Lucky Dragon Hotel & Casino, LLC**
　　　　　Name

Case number (if known)    **18-10792-LED**

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $489.20 |
|---|---|---|---|

**WESSCO INTERNATIONAL**
**11400 OLYMPIC BLVD SUITE 450**
**LOS ANGELES, CA 90064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147.00 |
|---|---|---|---|

**WESTERN STATES FIRE PROTECTION**
**3130 WESTWOOD DRIVE**
**LAS VEGAS, NV 89109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $388.65 |
|---|---|---|---|

**WESTERN SURETY COMPANY**
**P.O. BOX 957312**
**ST. LOUIS, MO 63195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**WHITLEY INTERNATIONAL CO**
**1111 CORPORATE CENTER DR #301**
**MONTEREY PARK, CA 91754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,036.00 |
|---|---|---|---|

**WORLD JOURNAL LA LLC**
**1588 CORPORATE CENTER DRIVE**
**MONTEREY PARK, CA 91754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,264.10 |
|---|---|---|---|

**WORLD VARIETY PRODUCE**
**PO BOX 514599**
**LOS ANGELES, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Food & Beverage**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $985.45 |
|---|---|---|---|

**WW GRAINGER INC**
**2401 WESTERN AVE**
**LAS VEGAS, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number (if known) | **18-10792-LED** |
|---|---|---|---|
| | Name | | |

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $697.50 |
|---|---|---|---|

**YOUNG ELECTRIC SIGN COMPANY**
**5119 S CAMERON ST**
**LAS VEGAS, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **DEQ SYSTEMS CORP**<br>**1840 1ST STREET STE 103A**<br>**LEVIS, QUEBEC G6W5M6** | Line __3.45__<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Karsaz & Associates**<br>**c/o Chris A. Karsaz, Esq.**<br>**6276 S Rainbow Blvd, Ste 120**<br>**Las Vegas, NV 89118** | Line __3.137__<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **McDonald Carano LLP**<br>**c/o George F Ogilvie, III, Esq.**<br>**2300 W Sahara Ave, Ste 1200**<br>**Las Vegas, NV 89102** | Line __3.147__<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Snow Covered Capital, LLC**<br>**P.O. Box 472218**<br>**San Francisco, CA 94147** | Line __3.143__<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Snow Covered Capital, LLC**<br>**P.O. Box 472218**<br>**San Francisco, CA 94147** | Line __3.144__<br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | | 5b. + | $ 34,624,749.47 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | | 5c. | $ 34,624,749.47 |

---

**Fill in this information to identify the case:**

Debtor name    **Lucky Dragon Hotel & Casino, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **18-10792-LED**

■ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                               12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest — **Dai Baccarat table game** | |
| State the term remaining — **month to month until termination** | **AGS** |
| List the contract number of any government contract | **5475 S. Decatur Blvd., Suite 100 Las Vegas, NV 89118** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest — **Baccarat Sign** | |
| State the term remaining — **Month to month until terminated** | **AGS** |
| List the contract number of any government contract | **5475 S. Decatur Blvd., Suite 100 Las Vegas, NV 89118** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest — **Hospitality Operations Agreement** | |
| State the term remaining — **2 years** | **AMADEUS HOSPITALITY AMERICAS** |
| List the contract number of any government contract | **14000 SW 119TH AVE MIAMI, FL 33186** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest — **Gaming hardware and software** | |
| State the term remaining — **10 months** | **Aristocrat Technologies, Inc.** |
| List the contract number of any government contract | **7230 Amigo Street Las Vegas, NV 89119** |

Debtor 1   **Lucky Dragon Hotel & Casino, LLC**
First Name            Middle Name            Last Name

Case number (if known)    **18-10792-LED**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Containers & Doc Shredding Service Contract** | |
|---|---|---|---|
| | State the term remaining | **Month to month** | **Assured Document Destruction** |
| | List the contract number of any government contract | | **8050 Arville Street, Suite 105** **Las Vegas, NV 89139** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Landscaping agreement** | |
|---|---|---|---|
| | State the term remaining | **11 months** | **BrightView Lanscape Services, Inc** |
| | List the contract number of any government contract | | **4021 W Carey Avenue** **North Las Vegas, NV 89032** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Communication Services Contracts with Lucky Dragon LP** | |
|---|---|---|---|
| | State the term remaining | **45 months** | **Centurylink** |
| | List the contract number of any government contract | | **5454 W. 110th Street** **Overland Park, KS 66210** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Soap & Hygiene Products Recycling Contract** | |
|---|---|---|---|
| | State the term remaining | **4 years 8 months** | **CLEAN THE WORLD** |
| | List the contract number of any government contract | | **PO BOX 533838** **ORLANDO, FL 32853** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Technical Support Agreement** | |
|---|---|---|---|
| | State the term remaining | **3 years** | **Climatec** |
| | List the contract number of any government contract | | **770 Pilot Road, Suite 1** **Las Vegas, NV 89119** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Surety Bonding** | |
|---|---|---|---|
| | State the term remaining | | **CNA Surety** |
| | List the contract number of any | | **333 South Wabash** **Chicago, IL 60604** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **Lucky Dragon Hotel & Casino, LLC**                                    Case number *(if known)*    **18-10792-LED**
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |
|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Recycling, Asset Recovery and Oil Filtering Service Agreement** |  |
|---|---|---|---|
|  | State the term remaining | **2 years** |  |
|  | List the contract number of any government contract |  | **Comb Brothers**<br>**5821 West Verde Way**<br>**Las Vegas, NV 89130** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Temporary Labor Contract** |  |
|---|---|---|---|
|  | State the term remaining | **2 years** |  |
|  | List the contract number of any government contract |  | **Comb Brothers**<br>**5821 West Verde Way**<br>**Las Vegas, NV 89130** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Workamajig Information, Documents, Images and Software** |  |
|---|---|---|---|
|  | State the term remaining | **8 months** |  |
|  | List the contract number of any government contract |  | **Creative Manager, Inc.**<br>**721 Auth Avenue**<br>**Oakhurst, NJ 07755** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **EZ Baccarat tables and system, EZ Pai Gow Tables** |  |
|---|---|---|---|
|  | State the term remaining | **Month to month** |  |
|  | List the contract number of any government contract |  | **DEQ Systems Corp**<br>**735 Bermuda Road, Suite G**<br>**Las Vegas, NV 89119** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Inspection agreement** |  |
|---|---|---|---|
|  | State the term remaining | **3 months** |  |
|  | List the contract number of any government contract |  | **Desert Fire Protection, L.P.**<br>**5040 Sobb Avenue**<br>**Las Vegas, NV 89118** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement for used Playing Cards** | **Diamond Mountain Distributors**<br>**7440 Commercial Way**<br>**Henderson, NV 89011** |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1  **Lucky Dragon Hotel & Casino, LLC**
First Name          Middle Name          Last Name

Case number *(if known)*  **18-10792-LED**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **auto renewal every 12 months** | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Dishmachine Lease and water softner lease agreements** | |
|---|---|---|---|
| | State the term remaining | **4 years** | **Ecolab Inc.** |
| | | | **c/o The Corporation Trust Company of NV** |
| | | | **Registered Agent** |
| | List the contract number of any government contract | | **701 S. Carson Street, Suite 200** |
| | | | **Carson City, NV 89701** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Liquor license** | |
|---|---|---|---|
| | State the term remaining | | **El Dos De Oros Bar & Nightclub** |
| | | | **3702 Fisher Avenue** |
| | List the contract number of any government contract | | **North Las Vegas, NV 89031** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Auditing Agreement** | |
|---|---|---|---|
| | State the term remaining | **4 months** | **ERNST & YOUNG LLP** |
| | | | **3800 HOWARD HUGHES PKWY, STE 1450** |
| | List the contract number of any government contract | | **Las Vegas, NV 89169** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Gaming Software Licensing Agreement** | |
|---|---|---|---|
| | State the term remaining | **month to month** | **Everi** |
| | | | **7250 S Tenaya Way, Ste 100** |
| | List the contract number of any government contract | | **Las Vegas, NV 89113** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Traveler Preference Contract** | |
|---|---|---|---|
| | State the term remaining | | **Expedia, Inc** |
| | | | **333 108th Ave NE** |
| | List the contract number of any government contract | | **Bellevue, WA 98004** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1  **Lucky Dragon Hotel & Casino, LLC**
First Name        Middle Name        Last Name

Case number *(if known)*   **18-10792-LED**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Space lease** | |
|---|---|---|---|
| | State the term remaining | **4 years** | **Food Pantry, Ltd. dba Accents**<br>**3536 Harding Avenue**<br>**Honolulu, HI 96816** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Armored Car Lease** | |
|---|---|---|---|
| | State the term remaining | **Until cancelled** | **Garda CL West, Inc.**<br>**1685 Palm Street**<br>**Las Vegas, NV 89104** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Hospitality Operations Agreement** | |
|---|---|---|---|
| | State the term remaining | **until cancelled** | **GoConcierge**<br>**c/o Alice**<br>**18757 Burbank Blvd, Ste 212**<br>**Tarzana, CA 91356** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Game Machines & Casino System Leases** | |
|---|---|---|---|
| | State the term remaining | **2 years** | **IGT**<br>**9295 Prototype Drive**<br>**Reno, NV 89521** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Gaming Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | **month to month** | **INTERBLOCK USA LC**<br>**PO BOX 844902**<br>**LOS ANGELES, CA 90084-4902** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Currency & Transaction Management Machines Contract** | |
|---|---|---|---|
| | State the term remaining | **until cancelled** | **JCM GLOBAL**<br>**925 PILOT ROAD**<br>**LAS VEGAS, NV 89119** |
| | List the contract number of any | | |

Debtor 1   **Lucky Dragon Hotel & Casino, LLC**
First Name        Middle Name        Last Name

Case number (*if known*)   **18-10792-LED**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Billboard Media** | |
|---|---|---|---|
| | State the term remaining | **expired** | **Kre-8 Media, LLC** |
| | List the contract number of any government contract | | **4050 W. Harmon Avenue, Suite 1-2**<br>**Goldfield, NV 89013** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising** | |
|---|---|---|---|
| | State the term remaining | **7 Months** | **Las Vegas Chinese News Network** |
| | List the contract number of any government contract | | **3552 Wynn Road**<br>**Las Vegas, NV 89103** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Central Utility Plant Services including HVAC service and repair.** | |
|---|---|---|---|
| | State the term remaining | **19 months** | **LAWYER MECHANICAL SERVICES INC** |
| | List the contract number of any government contract | | **3036 S VALLEY VIEW BLVD**<br>**LAS VEGAS, NV 89102** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Hotel and Casino** | |
|---|---|---|---|
| | State the term remaining | | **Lucky Dragon, LP** |
| | List the contract number of any government contract | | **200 W. Sahara Avenue, Suite 4001**<br>**Las Vegas, NV 89102** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Employee Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Lucky Dragon, LP** |
| | List the contract number of any government contract | | **200 W. Sahara Avenue, Suite 4001**<br>**Las Vegas, NV 89102** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Central Plant Equipment** | **PDS Gaming Corporation**<br>**6280 Annie Oakley Drive**<br>**Las Vegas, NV 89120-3910** |
|---|---|---|---|

Debtor 1    **Lucky Dragon Hotel & Casino, LLC**
First Name            Middle Name            Last Name

Case number *(if known)*    **18-10792-LED**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |  |
|---|---|---|---|
| | State the term remaining | **30 months** | |
| | List the contract number of any government contract | | |
| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Casino Equipment** | |
| | State the term remaining | **30 months** | **PDS Gaming Corporation**<br>**6280 Annie Oakley Drive**<br>**Las Vegas, NV 89120-3910** |
| | List the contract number of any government contract | | |
| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Gaming Devices** | |
| | State the term remaining | **30 months** | **PDS Gaming Corporation**<br>**6280 Annie Oakley Drive**<br>**Las Vegas, NV 89120-3910** |
| | List the contract number of any government contract | | |
| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Mailstation Meters Lease** | |
| | State the term remaining | **until cancelled** | **PITNEY BOWES GLOBAL FIN SRVC**<br>**PO BOX 371887**<br>**PITTSBURGH, PA 15250-7887** |
| | List the contract number of any government contract | | |
| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Pool & Water Features Maintenance Service Contract** | |
| | State the term remaining | | **Quality One Pool Management**<br>**3217 W. Tomkins Avenue**<br>**Las Vegas, NV 89103** |
| | List the contract number of any government contract | | |
| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Cloud Based Revenue Management Agreement Service Contract** | |
| | State the term remaining | | **Rainmaker Group Las Vegas, LLC**<br>**3763 Howard Hughes Pkwy**<br>**Las Vegas, NV 89169** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1  **Lucky Dragon Hotel & Casino, LLC**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*　**18-10792-LED**

　**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Recycling Contract** | |
|---|---|---|---|
| | State the term remaining | **13 months** | **RENU OIL OF AMERICA INC**<br>**PO BOX 93453**<br>**LAS VEGAS, NV 89193** |
| | List the contract number of any government contract | | |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Suite 204 - 3100 W. Sahara** | |
|---|---|---|---|
| | State the term remaining | **10 months** | **Sahara West Executive Park**<br>**3100 W. Sahara, Suite 112**<br>**Las Vegas, NV 89102** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Suite 207 - 3100 W Sahara** | |
|---|---|---|---|
| | State the term remaining | **10 months** | **Sahara West Executive Park**<br>**3100 W. Sahara, Suite No. 112**<br>**Las Vegas, NV 89102** |
| | List the contract number of any government contract | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Armored Service Agreement** | |
|---|---|---|---|
| | State the term remaining | **12 months** | **SECTRAN SECURITY INC**<br>**PO BOX 227267**<br>**LOS ANGELES, CA 90022-0967** |
| | List the contract number of any government contract | | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **A/V Equipment Agreement** | |
|---|---|---|---|
| | State the term remaining | **3 years 9 months** | **SOUTH CENTRAL COMM. CORP**<br>**PO BOX 633497**<br>**CINCINNATI, OH 45263-3497** |
| | List the contract number of any government contract | | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Kitchen Cleaning Contract** | |
|---|---|---|---|
| | State the term remaining | **1 month** | **SOUTHERN NEVADA ENVIRONMENTAL**<br>**SERVICES INC**<br>**4616 W SAHARA #120**<br>**LAS VEGAS, NV 89102** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com　　Best Case Bankruptcy

Debtor 1    **Lucky Dragon Hotel & Casino, LLC**                                    Case number *(if known)*    **18-10792-LED**
　　　　　　First Name　　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **TV Service Contract** | |
|---|---|---|---|
| | State the term remaining | **month to month** | **TANGERINE GLOBAL** |
| | List the contract number of any government contract | | **2665 PARK CENTER DRIVE UNIT B** **Simi Valley, CA 93065** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Hospitality Modules** | |
|---|---|---|---|
| | State the term remaining | | **The Rainmaker Group Las Vegas, LLC** |
| | List the contract number of any government contract | | **4550 North Point Parkway, Suite 400** **Alpharetta, GA 30022** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Lucky Dragon Hotel & Casino, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **18-10792-LED**

■ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1  **Lucky Dragon LP** | **300 W. Sahara Avenue Las Vegas, NV 89102** | **Assured Document Destruction** | ☐ D _____ <br> ■ E/F  **3.16** <br> ☐ G _____ |
| 2.2  **Lucky Dragon LP** | **300 W. Sahara Avenue Las Vegas, NV 89102** | **PDS Gaming Corporation** | ☐ D _____ <br> ■ E/F  **3.124** <br> ☐ G _____ |
| 2.3  **Lucky Dragon LP** | **300 W. Sahara Avenue Las Vegas, NV 89102** | **CNA Surety** | ☐ D _____ <br> ■ E/F  **3.34** <br> ☐ G _____ |
| 2.4  **Lucky Dragon LP** | **300 W. Sahara Avenue Las Vegas, NV 89102** | **WESTERN SURETY COMPANY** | ☐ D _____ <br> ■ E/F  **3.174** <br> ☐ G _____ |
| 2.5  **Lucky Dragon LP** | **300 W. Sahara Avenue Las Vegas, NV 89102** | **Plan C Group, Inc. dba PCA** | ☐ D _____ <br> ■ E/F  **3.126** <br> ☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Debtor | **Lucky Dragon Hotel & Casino, LLC** | Case number *(if known)* | **18-10792-LED** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Lucky Dragon LP**     300 W. Sahara Avenue<br>Las Vegas, NV 89102 | **CNA Surety** | ☐ D ____<br>☐ E/F ____<br>■ G __2.10__ |
| 2.7 | **Lucky Dragon LP**     300 W. Sahara Avenue<br>Las Vegas, NV 89102 | **Assured Document Destruction** | ☐ D ____<br>☐ E/F ____<br>■ G __2.5__ |
| 2.8 | **Lucky Dragon LP**     300 W. Sahara Avenue<br>Las Vegas, NV 89102 | **PDS Gaming Corporation** | ☐ D ____<br>☐ E/F ____<br>■ G __2.33__ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

# United States Bankruptcy Court
## District of Nevada

In re    **Lucky Dragon Hotel & Casino, LLC**

Debtor(s)

Case No.    **18-10792-LED**

Chapter    **11**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of Eastern Investments, LLC of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing document(s), consisting of ___**39**___ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date    **March 23, 2018**

Signature    **/s/ Andrew S. Fonfa**
**Andrew S. Fonfa**
**Managing Member of Eastern Investments, LLC**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.