Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile:  (702) 873-9966
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Attorneys for the EB-5 Investors listed on Exhibit A*

*Electronically Filed April 6, 2018*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>Lucky Dragon Hotel & Casino, LLC<br><br>Debtor. | Lead Case No.:   18-10792-LED<br><br>Joint Administration with:<br>Bankr. Case No.: 18-10850-LED<br><br>Chapter 11<br><br>**VERIFIED STATEMENT AND DISCLOSURE REGARDING EQUITY SECURITY HOLDERS IN A CHAPTER 11 CASE** |
| In re<br><br>Lucky Dragon, LP,<br><br>Debtor. | |

I, Ryan J. Works, Esq., declare as follows:

1.     I am over eighteen years of age.  Except as otherwise indicated, if called as a witness, I could and would competently testify to the matters set forth in this *Verified Statement and Disclosure Regarding Equity Security Holders in Chapter 11 Cases.*

2.     I am a partner with McDonald Carano LLP ("McDonald Carano"), located at 2300 W. Sahara Ave., Suite 1200, Las Vegas, Nevada 89102, and have been licensed to practice law in the State of Nevada, and this Court since October of 2004.

3.     McDonald Carano hereby enters its appearance as counsel in the above captioned

matters, for those certain EB-5 equity security holders, limited partners, and investors (the "EB-5 Investors"), a list of which is attached hereto as **Exhibit A**.[1]  This *Verified Statement and Disclosure Regarding Equity Security Holders in Chapter 11 Cases* is being filed pursuant to Federal Rule of Bankruptcy Procedure ("FRBP") 2019.

4. The EB-5 Investors are acting in concert to advance their common interests pursuant to FRBP 2019(b)(1)(A) and are not composed entirely of affiliates or insiders of one another pursuant to FRBP 2019(b)(1)(B).

5. Pursuant to FRBP 2019(c)(1), a group of EB-5 Investors (118 at present) have formed a committee to act on behalf of the EB-5 Investors (the "Committee"), which committee members, and its chair-person, are also named in the attached **Exhibit A**.

6. Each of the EB-5 Investors have invested no less than $500,000 in the Lucky Dragon LP.  Such investors are refereed to as EB-5 Investors because their investment is, in part, made to become eligible for permanent residency in the United States pursuant to the EB-5 Program administered by the United States Citizenship and Immigration Services.

7. Upon information and belief, the EB-5 Investors have agreed by powers of attorney that the Committee has the authority to act on their behalf.

8. Upon information and belief, the Committee has not been hired or employed in any way by the EB-5 Investors.  McDonald Carano LLP has been hired by the EB-5 Investors, through the Committee, to represent their collective interests in the above captioned cases, administratively consolidated as Bankruptcy Case No. 18-10792.

9. Upon information and belief, each of the EB-5 Investors has a substantial economic, and equity interest in these cases.  It is unknown at present when each of the EB-5 Investors acquired such interests; however, a supplemental Verified Statement and/or Disclosure will be filed when and if necessary.

---

[1] The address of each individual EB-5 Investor is unavailable currently.  The schedule of equity security holders, filed by the Lucky Dragon LP, included addresses of agents or attorneys of EB-5 Investors, that are not individual addresses.  McDonald Carano reserves the right to supplement addresses to **Exhibit A** if and when necessary.

10. I declare under penalty of perjury under the laws of the United States and Nevada that the foregoing is true and correct to the best of my knowledge.

DATED this 6th day of April, 2018.

McDONALD CARANO LLP

By: */s/ Ryan J. Works*
Ryan J. Works, Esq. (NSBN 9224)
*Attorneys for the EB-5 Investors listed on Exhibit A*

4840-1317-1552, v. 2

# EXHIBIT A

# EXHIBIT A

The Member of Lucky Dragon EB-5 Investor Committee List as follows:

Chairman of the Committee：

LI, Peiyi

The member of the Committee:

ZHONG, Chao

YANG, Jianbo

LIU, Dengwei

CHEN, Jin

LIAO, Xu

LI, Qiuqiong

CHEN, Jingxuan

HUANG, Ying

ZHANG, Xiaodong

ZHAO, Jun

The list of Lucky Dragon EB-5 Investors who selected McDonald Carano LLP as follows (By the end of March 29, 2018, Total Number: 118):

| | |
|---|---|
| CHEN, Huiyi | LI, Qing |
| CHEN, Jin | LI, Qiuqiong |
| CHEN, Jingxuan | LI, Rong |
| CHEN, Junpeng | LI, Shuying |
| CHEN, Lin | LI, Wanling |
| CHEN, Minna | LI, Xiaofan |
| CHEN, Xianna | LI, Xiurong |
| FU, Huaiyang | LI, Yifang |
| FU, Zhirong | LI, Zizhang |
| HAN, Xiaoping | LIANG, Yanyan |
| HE, Caixian | LIANG, Yihui |
| HE, Hanxiao | LIAO, Qilong |
| HOU, Jian | LIAO, Wenjian |
| HUANG, Xiaoying | LIAO, Xu |
| HUANG, Zemin | LIU, Liangcheng |
| JIANG, Xin | LIU, Dan |
| LAN, Hongren | LIU, Dengwei |
| LEI, Chao | LIU, Fang |
| LENG, Bo | LIU, Minyi |

| | |
|---|---|
| LI, Jianyu | LIU, Tingbin |
| LI, Liqun | LIU, Xiaodong |
| LI, Peiyi | LIU, Xiaohui |
| LIU, Xudong | WANG, Zhengming |
| LIU, Yan | WANG, Zixuan |
| LIU, Yirang | WEN, Qun |
| LIU, Yixi | WU, Fei |
| LIU, Yiming | WU, Jinglan |
| LU, Jian | WU, Jingling |
| LUO, Haowen | WU, Jun |
| MIAO, Xiujuan | WU, Yunjian |
| MO, Shaomei | XIANG, Fang |
| PAN, Hongyi | XIAO, Yao |
| PAN, Jianhua | XIE, Biyu |
| PAN, Qianjie | XING, Tian |
| QU, Chen | YAN, Xiaoqing |
| SHEN, Ruifang | YANG, Fuyun |
| SU, Jing | YANG, Zixun |
| WANG, Chunhua | YE, Jiaxin |
| Wong Tak Kam | YE, Jinyun |
| WANG, Lili | YE, Xiaolin |
| WANG, Li | YU, Benjamin |

| | |
|---|---|
| WANG, Xiang | ZHANG, Hongying |
| WANG, Hongying | |
| ZHANG, Junli | SUN, Zeyun |
| ZHANG, Ruiyun | WANG, Rui |
| ZHANG, Yingying | WANG, Yunyi |
| ZHANG, Yumei | ZHANG, Hao |
| ZHANG, Zhiyan | XU, Xiaona |
| ZHAO, Guoli | ZENG, Shaofang |
| ZHAO, Shida | CHEN, Na |
| ZHONG, Chao | JIN, Jiandong |
| ZHOU, Jiqing | LIANG, Xiaoyuan |
| ZHOU, Siyao | QIN, Zuyun |
| ZHOU, Yanxin | LI, Zehua |
| ZHU, Lihua | LIN, Lizhen |
| ZHU, Ying | HONG, Yang |
| HE, Yetian | CHEN, Xin |
| LUO, Xinyi | HUANG, Ying |
| YANG, Yanzhao | LIANG, Xiaoyuan |
| ZHAO, Qing | |

4836-5741-1680, v. 1