Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
Connor H. Shea, Esq.
Nevada Bar No. 14616
Schwartz Flansburg PLLC
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Attorneys for the Debtors

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Lead Case No.: 18-10792-LED |
| | ) |
| Lucky Dragon Hotel & Casino, LLC, | ) Joint Administration with: |
| | ) Case No.:    18-10850-LED |
| Debtor, | ) |
| | ) Chapter 11 |
| In re: | ) |
| | ) Hearing Date: May 14, 2018 |
| Lucky Dragon, LP | ) Hearing Time: 9:30 a.m. |
| | ) |
| Debtor. | ) |
| | ) |

### NOTICE OF HEARING ON DEBTORS'
### MOTION FOR THE ENTRY OF AN ORDER APPROVING
### THE BID PROCEDURES IN CONNECTION WITH THE SALE OF REAL PROPERTY

**TO: ALL INTERESTED PARTIES, CREDITORS AND TRUSTEES**

The Court, the Debtors, the Official Committee of Unsecured Creditors, and all creditors and parties in interest are hereby notified of a hearing on the Debtors' Motion for the Entry of an Order Approving the Bid Procedures in Connection with the Sale of Real Property (the "**Motion**").

4821-0451-2610, v. 1

Take further notice that any party who objects to the Motion must file a written objection pursuant to Local Rule 9014(d):

> Oppositions to a motion must be filed and service of the opposition must be completed on the movant no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

If an objection is not timely filed and served, an order for the aforementioned Motion and request for relief may be granted. LR 9014(a)(1).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the undersigned attorneys who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response as set forth herein, then:

1. The court may *refuse to allow you to speak* at the scheduled hearing; and
2. The court may *rule against you* without formally calling the matter at the hearing.

///

///

///

///

4821-0451-2610, v. 1

WHEREFORE, notice is further given that the hearing on the Motion will be held before Honorable United States Bankruptcy Judge Laurel E. Davis, in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, NV 89101 in Courtroom #3, on **May 14, 2018, at 9:30 a.m.**

Dated this 12th day of April, 2018.

Respectfully Submitted,

/s/Samuel A. Schwartz
Samuel A. Schwartz, Esq.,
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
Connor H. Shea, Esq.
Nevada Bar No. 14616
Schwartz Flansburg PLLC
6623 Las Vegas Boulevard South, Suite 300
Las Vegas Nevada 89119
Attorneys for the Debtors

4821-0451-2610, v. 1