Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile:  (702) 873-9966
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Attorneys for EB-5 Investors Group 2*

*Electronically Filed April 12, 2018*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>Lucky Dragon Hotel & Casino, LLC<br><br>Debtor. | Lead Case No.:   18-10792-LEB<br><br>Joint Administration with:<br>Bankr. Case No.: 18-10850-LEB<br><br>Chapter 11<br><br>**STIPULATION AND ORDER CONTINUING DEADLINE TO FILE OPPOSITION TO SNOW COVERED CAPITAL, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY OR, ALTERNATIVELY, FOR ADEQUATE PROTECTION [ECF NO. 154]** |
| In re<br><br>Lucky Dragon, LP,<br><br>Debtor. | |

Certain EB-5 equity security holders, limited partners, and investors, group 2 (the "EB-5 Investors") and creditor, Snow Covered Capital, LLC ("SCC"), by and through their undersigned counsel, hereby enter into this stipulation and order to extend the deadline for the EB-5 Investors to file an Opposition to SCC's *Motion for Relief from Automatic Stay or, Alternatively, for Adequate Protection* [Docket No. 154] (the "Motion").

**IT IS HEREBY STIPULATED BY THE UNDERSIGNED PARTIES THAT:**

1. The deadline for the EB-5 Investors to file an opposition to the Motion shall be continued from April 12, 2018 to 12:00 p.m. on April 17, 2018.

**IT IS SO STIPULATED.**

DATED this 12th day of April, 2018.

Prepared and respectfully submitted by:

MCDONALD CARANO LLP

By: */s/ Amanda M. Perach*
    Ryan J. Works, Esq. (NSBN 9224)
    Amanda M. Perach, Esq. (NSBN 12399)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102
    rworks@mcdonaldcarano.com
    aperach@mcdonaldcarano.com
    *Attorneys for EB-5 Investors Group 2*

**APPROVED**/DISAPPROVED:

SNELL & WILMER, L.L.P.

By: */s/ Bob L. Olson*
    Bob L. Olson (NSBN 3783)
    Nathan G. Kanute (NSBN 12413)
    3883 Howard Hughes Parkway, Suite 100
    Las Vegas, NV 89169
    bolson@swlaw.com
    nkanute@swlaw.com
    *Attorney for Snow Covered Capital, LLC*

**ORDER**

**IT IS SO ORDERED.**

### #