1

2

_(signature)_

3    Honorable Laurel E. Babero
United States Bankruptcy Judge

4

Entered on Docket
5    June 11, 2018

6    Bob L. Olson (NV Bar No. 3783)
Nathan G. Kanute (NV Bar No. 12413)
7    SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 100
8    Las Vegas, NV 89169
Telephone: (702) 784-5200
9    Facsimile: (702) 784-5252
Email: bolson@swlaw.com
10          nkanute@swlaw.com
_Attorneys for Snow Covered Capital, LLC_
11

12                **UNITED STATES BANKRUPTCY COURT**

13                        **DISTRICT OF NEVADA**

14    In Re:                              | Lead Case No. 18-10792-leb

15    LUCKY DRAGON HOTEL & CASINO,         Chapter 11
LLC,
16
            Debtor.
17

18    LUCKY DRAGON, LP,                    Jointly Administered with:
Case No. 18-10850-led
19            Debtor.

20                                         **ORDER DENYING DEBTORS' MOTION
FOR THE ENTRY OF INTERIM AND
21                                         FINAL ORDERS AUTHORIZING THE
DEBTORS TO OBTAIN FINANCING
22                                         PURSUANT TO 11 U.S.C. §§ 105, 361, 362,
AND 364**

23                                         **Date of Hearing:  June 5, 2018**

24                                         **Time of Hearing:  9:30 a.m.**

25

26        THIS MATTER having come on for hearing on May 29, 2018 through June 1, 2018 and

27    June 5, 2018, on _Debtors' Motion for the Entry of Interim and Final Orders Authorizing the_

28    _Debtors to Obtain Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, and 364_ (the "Motion")

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
(702) 784-5200

1  [ECF No. 351]; appearing were Bob L. Olson, Esq., of the law firm of Snell & Wilmer L.L.P.,

2  counsel for Snow Covered Capital, LLC ("SCC"); Samuel A. Schwartz, Esq., of the law firm

3  Schwartz Flansburg PLLC, counsel for Lucky Dragon Hotel & Casino, LLC and  Lucky Dragon,

4  LP (the "Debtors"); Eve H. Karasik, of the law firm Levene, Neale, Bender, Yoo & Brill L.L.P.,

5  and James Patrick Shea, of the law firm Kolesar & Leatham, counsel for The Official Committee

6  of Unsecured Creditors (the "Committee"); Dawn Cica, Esq., of the law firm Mushkin Cica

7  Coppedge, Conflicts counsel for Debtor Lucky Dragon, LP; Ryan J. Works, Esq. of the law firm

8  McDonald Carano LLP, counsel for the EB-5 Investors ("EB-5"); Richard F. Holley, Esq., of the

9  law firm Holley Driggs Walch Fine Wray Puzey & Thompson, counsel for PDS Gaming l, LLC

10  and PDS Acquisition, LP  (collectively "PDS"); and the Court having heard and considered the

11  Motion, all supporting papers, and arguments and reports from counsel at the hearings; having

12  made its findings of fact and conclusions of law on the record pursuant to F.R.B.P. 9014 and 7052

13  and F.R.C.P. 52, and good cause having been shown,

14          **IT IS HEREBY ORDERED** that the Motion is **denied**.

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
(702) 784-5200

2

4815-6061-7319

**IT IS SO ORDERED**.

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____ The court has waived the requirement set forth in LR 9021(b)(1).

____ No party appeared at the hearing or filed an objection to the motion.

  X  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Approved / ~~Disapproved / Failed to Respond~~

SCHWARTZ FLANSBURG PLLC

By:    /s/ Samuel A. Schwartz
    Bryan A. Lindsey, Esq.
    Samuel A. Schwartz, Esq.
    6623 Las Vegas Blvd. So., Ste. 300
    Las Vegas, NV 89119
    *Counsel for Debtors*

Approved / ~~Disapproved / Failed to Respond~~

LEVENE, NEALE, BENDER, YOO & BRILL L.L.P

By:    /s/ Eve H. Karasik
    Eve H. Karasik, Esq.
    10250 Constellation Blvd., Suite 1700
    Los Angeles, CA 90067
    *Conflicts Counsel for Lucky Dragon LP*

Approved ~~/ Disapproved / Failed to Respond~~

MCDONALD CARANO LLP

By:    /s/ Ryan J. Works
    Ryan J. Works, Esq.
    2300 W. Sahara Ave., Suite 1200
    Las Vegas, NV 89102
    *Counsel for EB-5 Investors*

Approved / ~~Disapproved / Failed to Respond~~

HOLLEY DRIGGS WALCH FINE WRAY PUZEY  THOMPSON

By:    /s/ Richard F. Holley
    Richard F. Holley, Esq.
    400 So. Fourth Street, Third Floor
    Las Vegas, NV 89101
    *Counsel for PDS Gaming, LLC and PDS Acquisition, LP*

~~Approved / Disapproved~~ / Failed to Respond

MUSHKIN CICA COPPEDGE

By: _____
    Dawn Cica, Esq.
    4495 S. Pecos Road
    Las Vegas, NV  89121
    *Conflicts Counsel for Lucky Dragon LP*

3

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
(702) 784-5200

4815-6061-7319

1    Respectfully submitted,

2    SNELL & WILMER L.L.P.

3
By:
4    Bob L. Olson (NV Bar No. 3783)
     Nathan G. Kanute (NV Bar No. 12413)
5    SNELL & WILMER L.L.P.
     3883 Howard Hughes Parkway, Suite 1100
6    Las Vegas, NV 89169
     Telephone: (702) 784-5200
7    Facsimile:  (702) 784-5252
     *Attorneys for Snow Covered Capital, LLC*

8

9                                              ###

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
(702) 784-5200

4