Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
Connor H. Shea, Esq.
Nevada Bar No. 14616
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Facsimile: (702) 382-8132
Proposed Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | ) Lead Case No.: 18-10792-LED |
| | ) |
| Lucky Dragon Hotel & Casino, LLC, | ) Joint Administration with: |
| | ) |
| Debtor, | ) Case No.:    18-10850-LED |
| In re: | ) |
| | ) Chapter 11 |
| Lucky Dragon, LP | ) |
| | ) |
| Debtor. | ) |
| | ) |

**NOTICE OF NO STALKING HORSE BIDDER**

**TO: THE COURT, CREDITORS AND ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE that pursuant to Section 8 of the Bidding Procedures[1] attached as Exhibit A to the Order Approving: (I) Motion for Approval of Bid Procedures, and (II) Motion (i) Approving the Disclosure Statement; (ii) Approving the Form of Ballots and Proposed Solicitation and Tabulation Procedures; (iii) Fixing the Voting Deadline with Respect

---

[1] Capitalized terms not otherwise defined herein shall have those meanings ascribed to them in the Bidding Procedures.

1

to the Debtors' Chapter 11 Plan; (iv) Prescribing the Form and Manner of Notice Thereof; (v) Fixing the Last Date for Filing Objections to Chapter 11 Plan; (vi) Scheduling a Hearing to Consider Confirmation of the Chapter 11 Plan; (vii) Approving the Modified Bid Procedures for the Sale of the Debtors' Property and Setting the Hearing for the Sale; and (viii) Appointing the Solicitation and Tabulation Agent [ECF No. 600], the Debtors were required to notify the Court, creditors and parties-in-interest of the selection of a Stalking Horse Bidder on or before August 22, 2018.

PLEASE TAKE FURTHER NOTICE that the Debtors did not select any bidder to serve as the Stalking Horse Bidder. Accordingly, there will be no Stalking Horse Bidder in connection with the auction and sale of the Debtors' Property.

Dated this 23rd day of August, 2018.

Respectfully Submitted,

/s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
Connor H. Shea, Esq.
Nevada Bar No. 14616
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Facsimile: (702) 382-8132
Proposed Attorneys for the Debtors

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent electronically via the Court's CM/ECF system on August 23, 2018, to the following:

JENNIFER L BRASTER on behalf of Creditor APEX LINEN SERVICE INC.
jbraster@naylorandbrasterlaw.com; areams@naylorandbrasterlaw.com

OGONNA M. BROWN on behalf of Creditor PDS GAMING CORPORATION NEVADA
obrown@nevadafirm.com; apestonit@nevadafirm.com; oswibies@nevadafirm.com; agandara@nevadafirm.com; mlangsner@nevadafirm.com

OGONNA M. BROWN on behalf of Creditor PDS GAMING LLC
obrown@nevadafirm.com; apestonit@nevadafirm.com; oswibies@nevadafirm.com; agandara@nevadafirm.com; mlangsner@nevadafirm.com

ROBERT M. CHARLES, JR. on behalf of Creditor LAS VEGAS ECONOMIC IMPACT REGIONAL CENTER, LLC
rcharles@lrrc.com; BankruptcyNotices@LRRLaw.com

SCOTT D. FLEMING on behalf of Creditor Committee THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
sfleming@klnevada.com; mbarnes@klnevada.com; bankruptcy@klnevada.com

JOHN-PATRICK M. FRITZ on behalf of Creditor Committee THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
JPF@LNBYB.COM

DONALD L. GAFFNEY on behalf of Creditor SNOW COVERED CAPITAL, LLC
dgaffney@swlaw.com; tapodaca@swlaw.com

KURT F GWYNNE on behalf of Creditor CENTURYLINK COMMUNICATIONS, LLC FKA QWEST COMMUNICATIONS COMPANY, LLC
kgwynne@reedsmith.com

RICHARD F. HOLLEY on behalf of Creditor PDS GAMING CORPORATION NEVADA
rholley@nevadafirm.com; obrown@nevadafirm.com; apestonit@nevadafirm.com; oswibies@nevadafirm.com; agandara@nevadafirm.com; mlangsner@nevadafirm.com

RICHARD F. HOLLEY on behalf of Creditor PDS GAMING LLC
rholley@nevadafirm.com; obrown@nevadafirm.com; apestonit@nevadafirm.com; oswibies@nevadafirm.com; agandara@nevadafirm.com; mlangsner@nevadafirm.com

NATHAN G. KANUTE on behalf of Creditor SNOW COVERED CAPITAL, LLC
nkanute@swlaw.com; mfull@swlaw.com; jmath@swlaw.com; docket_las@swlaw.com; jsteven-son@swlaw.com; ljtaylor@swlaw.com

EVE H KARASIK on behalf of Creditor Committee THE OFFICIAL COMMITTEE OF UNSE-CURED CREDITORS
ehk@lnbyb.com

JASON C. KOLBE on behalf of Creditor CENTURYLINK COMMUNICATIONS, LLC FKA QWEST COMMUNICATIONS COMPANY, LLC
jck@tblaw.com; nvbk@tblaw.com; gwaring@tblaw.com; awarner@tblaw.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

JOHN M NAYLOR on behalf of Creditor APEX LINEN SERVICE INC.
JNAYLOR@NAYLORANDBRASTERLAW.COM; asharples@NAYLORANDBRASTER-LAW.COM

ERIC R. NEWMARK on behalf of Creditor SAHARA WEST EXECUTIVE PARK, LLC
ENEWMARK@KARSAZ-LAW.COM

BOB L. OLSON on behalf of Creditor SNOW COVERED CAPITAL, LLC
bolson@swlaw.com; mfull@swlaw.com; jmath@swlaw.com; docket_las@swlaw.com; jsteven-son@swlaw.com; cgianelloni@swlaw.com; nkanute@swlaw.com

AMANDA M. PERACH on behalf of Creditor EB-5 INVESTORS GROUP 2
aperach@mcdonaldcarano.com ; kkirn@mcdonaldcarano.com

LENARD E. SCHWARTZER
trustee@s-mlaw.com; lbenson@s-mlaw.com; nv17@ecfcbis.com; les@trustesolutions.net

JAMES PATRICK SHEA on behalf of Creditor Committee THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
jshea@klnevada.com; mbarnes@klnevada.com; bankruptcy@klnevada.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

SHANNON C WITTENBERGER on behalf of Creditor CLARK COUNTY TREASURER
Shannon.wittenberger@clarkcountyda.com

RYAN J. WORKS on behalf of Creditor EB-5 INVESTORS GROUP 2
rworks@mcdonaldcarano.com; kkirn@mcdonaldcarano.com; bgrubb@mcdonaldcarano.com

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Regular Mail on August 23, 2018, to the following:

ELAN OFFICE SYSTEMS
6760 SURREY STREET
LAS VEGAS, NV 89119

INNOVATION CAPITAL
222 NORTH SEPULVEDA BLVD, STE 1300
EL SEGUNDO, CA 90245

LEVENE, NEALE, BENDER, RANKIN & BRILL LLP
10250 CONSTELLATION BLVD, SUITE 1700
LOS ANGELES, CA 90067

STEPHEN A MAO
2282 TRAFALGAR COURT
HENDERSON, NV 89074

MUSHKIN CICA COPPEDGE
4495 S. PECOS RD.
LAS VEGAS, NV 89121

/s/ Brian J. Braud
Brian J. Braud, an Employee of
Brownstein Hyatt Farber Schreck, LLP