# EXHIBIT 1

# EXHIBIT 1

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Connor H. Shea, Esq.
Nevada Bar No. 14616
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway
Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:  702.382.8135
Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Lead Case No.: 18-10792-LEB |
| Lucky Dragon Hotel & Casino, LLC, | Joint Administration with: |
| Debtor, | Case No.:        18-10850-LEB |
| In re: | |
| | Chapter 11 |
| Lucky Dragon, LP | |
| Debtor. | Hearing Date: November 20, 2018 |
| | Hearing Time: 9:30 a.m. |

**ORDER GRANTING FIRST AND FINAL**
**STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED OF**
**<u>INNOVATION CAPITAL, LLC AS FINANCIAL ADVISOR FOR THE DEBTORS</u>**

1

17644165.1

Upon consideration of the Fee Application (the "**Fee Application**")[1] of Innovation Capital, LLC ("**Innovation**") for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisors for the Debtors for the period of April 9, 2018, through October 3, 2018 (the "**Compensation Period**"), and it appearing that proper and adequate notice of the Application has been given and that no other further notice is necessary; and all objections to the Application having been resolved or overruled at the hearing on the Application; and it appearing that the compensation requested is reasonable and a benefit to this estate, it is hereby:

**ORDERED** that the Fee Application is hereby **APPROVED**; and it is further

**ORDERED** that the request contained within the Application, and the same are hereby, approved, including professional compensation in the amount of $12,500.00 for the Monthly Retainer Fee payment unpaid for the month of September 2018; and it is further

**ORDERED** that the request contained within the Application, and the same are hereby, approved, including reimbursement of actual and necessary expenses in the amount of $3,146.89; and it is further

**ORDERED** that the request contained within the Application, and the same are hereby, approved, including allowance of the M&A Transaction Fee in the amount of $350,000.00 (with credit for 100% or $75,000.00 of the Monthly Retainer Fee amounts, including the unpaid September 2018 Monthly Retainer Fee) resulting in a net fee payable of $275,000.00; and it is further

\\\

---

[1] Any capitalized term not expressly defined herein shall have the meaning ascribed to that term in the Application.

2

17644165.1

**ORDERED** that the Court shall retain jurisdiction to hear and determine all matters relating to the entry of this Order.

Submitted by:

Brownstein Hyatt Farber Schreck, LLP

By /s/ Samuel Schwartz
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Connor H. Shea, Esq.
Nevada Bar No. 14616
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway
Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:  702.382.8135
Attorneys for the Debtors

**SUBMISSION TO COUNSEL FOR APPROVAL PURSUANT TO LR 9021**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The court has waived the requirement set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

_____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of this order.

APPROVED:

DISAPPROVED:

FAILED TO RESPOND:

Submitted by:

Brownstein Hyatt Farber Schreck, LLP

By /s/ Samuel Schwartz
Samuel A. Schwartz, Esq., Nevada Bar No. 10985
Connor H. Shea, Esq., Nevada Bar No. 14616
100 North City Parkway Suite 1600
Attorneys for the Debtors

4

17644165.1